B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Drexler Family Practice, S.C.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-4452171** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1643 Northwind Boulevard**<br>**Libertyville, IL**<br>ZIP Code **60048** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**2787 Pillsbury Way**<br>**Wellington, FL**<br>ZIP Code **33414** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(12/11)

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Drexler Family Practice, S.C.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>  Signature of Attorney for Debtor(s)     (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

☑     Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐     There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐     Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐     Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐     Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐     Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐     Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)                                                                                                      Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Drexler Family Practice, S.C.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Xiaoming Wu ARDC No.**
Signature of Attorney for Debtor(s)

**Xiaoming Wu ARDC No. 6274335**
Printed Name of Attorney for Debtor(s)

**LEDFORD & WU**
Firm Name

**200 S. Michigan Avenue, Suite 209**
**Chicago, IL 60604-2406**

_____
Address

**Email: notice@ledfordwu.com**
**(312) 294-4400  Fax: (312) 294-4410**
Telephone Number

**July 10, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ David M. Drexler**
Signature of Authorized Individual

**David M. Drexler**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**July 10, 2012**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

## Northern District of Illinois

In re   **Drexler Family Practice, S.C.** _____,   Case No. _____

Debtor

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 525,064.45 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 25,378.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 107 | | 1,312,805.44 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 115 | | | |
| Total Assets | | | 525,064.45 | | |
| Total Liabilities | | | | 1,338,183.44 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Drexler Family Practice, S.C.** _____,   Case No. _____
                                    Debtor

Chapter_____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Drexler Family Practice, S.C.** ,    Case No. _____

_____
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| | Sub-Total > | 0.00 | (Total of this page) |
| | Total > | 0.00 | |
| | (Report also on Summary of Schedules) | |

__0__  continuation sheets attached to the Schedule of Real Property

B6B (Official Form 6B) (12/07)

In re    **Drexler Family Practice, S.C.** _____,    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America - checking account** | - | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    0.00
(Total of this page)

__2__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Drexler Family Practice, S.C.** _____,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable** | - | 266,564.45 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >     266,564.45
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re      **Drexler Family Practice, S.C.**                                    ,      Case No. _____
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2012 Honda Odyssey | - | 36,000.00 |
| | | 2010 Acura MDX (leased vehicle) | - | 20,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office furniture | - | 2,500.00 |
| | | Medical equipment | - | 200,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 258,500.00 |
|---|---|---|
|  | (Total of this page) |  |
|  | Total > | 525,064.45 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re   **Drexler Family Practice, S.C.** _____,   Case No. _____
                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **American Honda Finance** <br> **2170 Point Blvd., Suite 100** <br> **Elgin, IL 60123** | | - | **Purchase Money Security** <br><br> **2012 Honda Odyssey** <br><br><br> Value $               **36,000.00** | | | | 25,378.00 | 0.00 |
| Account No. | | | <br><br><br><br> Value $ | | | | | |
| Account No. | | | <br><br><br><br> Value $ | | | | | |
| Account No. | | | <br><br><br><br> Value $ | | | | | |

__0__   continuation sheets attached

| | Subtotal (Total of this page) | 25,378.00 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 25,378.00 | 0.00 |

B6E (Official Form 6E) (4/10)

.

In re     **Drexler Family Practice, S.C.**                                          Case No. _____
                                                        ,
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>    0    </u> continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **Drexler Family Practice, S.C.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice Only | | | | |
| **A&H Limited Health Claim PO Box 3726 Seattle, WA 98124** | | - | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **AARP 3200 East Carson Street Lakewood, CA 90712** | | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **Academic Healthplans c/o True Choice USA PO Box 700307 Dallas, TX 75370** | | - | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **Accident Fund Attn: Diane Hanson PO Box 40790 Lansing, MI 48901** | | - | | | | | | 0.00 |

| | | |
|---|---|---|
| __**106** continuation sheets attached | Subtotal (Total of this page) | 0.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Drexler Family Practice, S.C.** _____,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | - | | Notice Only | | | | |
| **Accordia National** **PO Box 3262** **Charleston, WV 25332** | | | | | | | | | 0.00 |
| Account No. | | | - | | Notice Only | | | | |
| **ACEC/Healthplan Services** **PO Box 44109** **NE 69116** | | | | | | | | | 0.00 |
| Account No. **xxxxx5494** | | | - | | Notice Only | | | | |
| **Acura Financial Services** **P.O. Box 105027** **Atlanta, GA 30348** | | | | | | | | | 0.00 |
| Account No. | | | - | | Debt Owed | | | | |
| **Adam M. Whitman** **18500 W. Aspen Court** **Grayslake, IL 60030** | | | | | | | | | 15.50 |
| Account No. | | | - | | Notice Only | | | | |
| **Administrative Concepts, Inc.** **994 Old Eagle School Rd, Ste 1005** **Wayne, PA 19087** | | | | | | | | | 0.00 |

Sheet no. __1___ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **15.50**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Drexler Family Practice, S.C.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | **Notice Only** | | | | | | |
| **Advanced Rehab Services** 325 Roebaar Dr. Romeoville, IL 60446 | - | | | | | | | **0.00** |
| Account No. | | **Notice Only** | | | | | | |
| **AETNA** PO Box 14094 Lexington, KY 40512 | - | | | | | | | **0.00** |
| Account No. | | **Notice Only** | | | | | | |
| **AETNA** PO Box 981106 El Paso, TX 79998 | - | | | | | | | **0.00** |
| Account No. | | **Notice Only** | | | | | | |
| **AETNA** PO Box 981107 El Paso, TX 79998 | - | | | | | | | **0.00** |
| Account No. | | **Notice Only** | | | | | | |
| **AETNA** PO Box 981109 El Paso, TX 79998 | - | | | | | | | **0.00** |

Sheet no. __2__ of __106__ sheets attached to Schedule of            Subtotal            **0.00**
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re __**Drexler Family Practice, S.C.**_____,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.  AETNA PO Box 981204 El Paso, TX 79998 | - | | | Notice Only | | | | 0.00 |
| Account No.  AETNA PO Box 981106 El Paso, TX 79998 | - | | | Notice Only | | | | 0.00 |
| Account No.  AETNA PO Box 14079 Lexington, KY 40512 | - | | | Notice Only | | | | 0.00 |
| Account No.  AETNA PO Box 14089 Lexington, KY 40512 | - | | | Notice Only | | | | 0.00 |
| Account No.  AETNA PO Box 14586 Lexington, KY 40512 | - | | | Notice Only | | | | 0.00 |

Sheet no. __3___ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Drexler Family Practice, S.C.** _____ ,    Case No. _____
                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice Only | | | | |
| AETNA Life Insurance PO Box 18040 Columbus, OH 43218 | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| AETNA US Healthcare PO Box 981107 El Paso, TX 79998 | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| AETNA-Chickering Claim Adm. PO Box 15708 Boston, MA 02215 | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| AFLAC Attn: Remittance Processing Service 1932 Wynton Rd. Columbus, GA 31999-0001 | - | | | | | | | 0.00 |
| Account No. | | | | Debt Owed | | | | |
| Ahmed Dudar 1465 Bell Haven Drive Grayslake, IL 60030 | - | | | | | | | 15.00 |

Sheet no. __4__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  15.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                  Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Drexler Family Practice, S.C.** _____ ,    Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| **AIG Claims Services PO Box 25972 Overland Park, KS 66225** | - | | | | | | 0.00 |
| Account No. | | | Debt Owed | | | | |
| **Alan J. Legood 381 S. St. Marys Road Libertyville, IL 60048** | - | | | | | | 5.00 |
| Account No. | | | Debt Owed | | | | |
| **Alan T. Handley 403 Meacham Avenue Park Ridge, IL 60068** | - | | | | | | 19.32 |
| Account No. | | | Notice Only | | | | |
| **Allied Benefit Systems PO Box 909786-60690 Chicago, IL 60690** | - | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| **Allied Benefit Systems, Inc. PO Box 909786-60690 Chicago, IL 60690** | - | | | | | | 0.00 |

Sheet no. __5__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    24.32

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Drexler Family Practice, S.C.**_____,    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Alliednational Globalcare, Inc.**<br>**PO Box 247**<br>**Alpharetta, GA 30009** | - | | Notice Only | | | | 0.00 |
| Account No. **xx8200**<br><br>**Allscripts**<br>**2297 Paysphere Circle**<br>**Chicago, IL 60674** | - | | Notice Only | | | | 0.00 |
| Account No.<br><br>**Allstate Insurance**<br>**PO Box 1158**<br>**Milwaukee, WI 53201** | - | | Notice Only | | | | 0.00 |
| Account No.<br><br>**Allstate Insurance Company**<br>**PO Box 481840**<br>**Charlotte, NC 28269** | - | | Notice Only | | | | 0.00 |
| Account No.<br><br>**Allstate Insurance Company**<br>**PO Box 650536**<br>**Medpay Central/Market Claim O**<br>**Dallas, TX 75265** | - | | Notice Only | | | | 0.00 |

Sheet no. __6___ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Drexler Family Practice, S.C.** _____ ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | **Notice Only** | | | | |
| Ameriben PO Box 7186 Boise, ID 83707 | - | | | | | | | 0.00 |
| Account No. | | | | **Notice Only** | | | | |
| American Administrative Group PO Box 93670 Lubbock, TX 79493 | - | | | | | | | 0.00 |
| Account No. | | | | **Notice Only** | | | | |
| American Community PHCS PO Box 759 Buckeystown, MD 21717 | - | | | | | | | 0.00 |
| Account No. xxxxxxxxxxxx7453 | | | | Opened  6/01/05  Last Active  5/28/12 CreditCard | | | | |
| American Express American Express Special Research Po Box 981540 El Paso, TX 79998 | - | | | | | | | 7,555.00 |
| Account No. xxxxxxxxxxxx9393 | | | | Opened  6/01/05  Last Active  5/28/12 CreditCard | | | | |
| American Express American Express Special Research Po Box 981540 El Paso, TX 79998 | - | | | | | | | 7,555.00 |

Sheet no. __7__ of __106__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **15,110.00**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Drexler Family Practice, S.C.** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Notice Only | | | | |
| American Family 20 N. Martingale Road, #400 Schaumburg, IL 60173 | - | | | | | | | | 0.00 |
| Account No. | | | | | Notice Only | | | | |
| American Family Insurance PO Box 6750 Libertyville, IL 60048 | - | | | | | | | | 0.00 |
| Account No. | | | | | Notice Only | | | | |
| American Insurance Administrative PO Box 1149 Columbus, OH 43216 | - | | | | | | | | 0.00 |
| Account No. | | | | | Notice Only | | | | |
| American International Companie PO Box 15701 Wilmington, DE 19850 | - | | | | | | | | 0.00 |
| Account No. | | | | | Notice Only | | | | |
| American International Group PO Box 249 Lombard, IL 60148 | - | | | | | | | | 0.00 |

Sheet no. __8___ of __106__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Drexler Family Practice, S.C.** _____,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice Only | | | | |
| American Medical Security PO Box 19032 Green Bay, WI 54307 | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| American National Sprinkler 924 Turret Ct. Mundelein, IL 60060 | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| American Republic Ins. Co. PO Box 2975 Clinton, IA 52733 | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Amerihealth Administrators 720 Blair Mill Road Horsham, PA 19044 | - | | | | | | | 0.00 |
| Account No. | | | | Debt Owed | | | | |
| Angie A. Manousaridis 420 Kerry Way Grayslake, IL 60030 | - | | | | | | | 6.83 |

Sheet no. __9__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    6.83

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Drexler Family Practice, S.C.** _____ ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Debt Owed | | | | |
| Anita C. Gonzalez PO Box 9 209 Cedar Avenue Lake Villa, IL 60046 | | | | | | | | 2.81 |
| Account No. | | - | | Notice Only | | | | |
| Anti-microbial Therapy 11771 Lee Hwy P.O. Box 276 Sperryville, VA 22740 | | | | | | | | 0.00 |
| Account No. **x9982** | | - | | Notice Only | | | | |
| AS Medication Solns P.O. Box 8 Fremont, NE 68026 | | | | | | | | 0.00 |
| Account No. | | - | | Notice Only | | | | |
| Associates For Heath Care, Inc. PO Box 981 Brookfield, WI 53008 | | | | | | | | 0.00 |
| Account No. | | - | | Notice Only | | | | |
| Assurant Health PO Box 2806 Clinton, IA 52733 | | | | | | | | 0.00 |

Sheet no. __10__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    2.81

B6F (Official Form 6F) (12/07) - Cont.

In re    **Drexler Family Practice, S.C.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice Only | | | | |
| **Assurant Health** **P.O. Box 981602** **El Paso, TX 79998** | | - | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **Assurant Health** **P.O. Box 2877** **Clinton, IA 52733** | | - | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **Assurant Health** **P.O. Box 981602** **El Paso, TX 79998** | | - | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **Assured Assistance, Inc.** **PO Box 19092** **Greenville, SC 29602** | | - | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **Auxiant** **PO Box 909991** **Milwaukee, WI 53209** | | - | | | | | | 0.00 |

Sheet no. __11__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                0.00
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Drexler Family Practice, S.C.** _____ ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| **AVMA Group Health & Life Insurance PO Box 909720 Chicago, IL 60690** | - | | | | | | 0.00 |
| Account No. | | | Debt Owed | | | | |
| **Barbara  Kodlubanski 947  Manchester Circle Grayslake, IL 60030** | - | | | | | | 25.00 |
| Account No. | | | Debt Owed | | | | |
| **Basma Raclin 2893 Falling Waters Lake Villa, IL 60046** | - | | | | | | 27.02 |
| Account No. | | | Notice Only | | | | |
| **Benefit Administrative Systems 17475 Jovanna Drive, Suite 1B Homewood, IL 60430** | - | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| **Benefit Concepts PO Box 60608 King of Prussia, PA 19406** | - | | | | | | 0.00 |

Sheet no. __**12**__ of __**106**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

52.02

B6F (Official Form 6F) (12/07) - Cont.

In re  **Drexler Family Practice, S.C.**                                    ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | Notice Only | | | | |
| **Benefit Planners**<br>**PO Box 690450**<br>**San Antonio, TX 78269** | | | | | | | **0.00** |
| Account No. | | - | Notice Only | | | | |
| **Benefit Systems & Services I**<br>**760 Pasquinelli Drive**<br>**Westmont, IL 60559** | | | | | | | **0.00** |
| Account No. | | - | Notice Only | | | | |
| **Benemax**<br>**PO Box 950**<br>**Medfield, MA 02052** | | | | | | | **0.00** |
| Account No. | | - | Notice Only | | | | |
| **Benesight**<br>**PO Box 370**<br>**Pueblo, CO 81002** | | | | | | | **0.00** |
| Account No. **xx9039** | | - | Notice Only | | | | |
| **Besse Medical**<br>**1576 Solutions Circle**<br>**Chicago, IL 60677** | | | | | | | **0.00** |

Sheet no. __**13**__ of __**106**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Drexler Family Practice, S.C.** _____ ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| **Blue Cross Blue Shield** **PO Box 805107** **Chicago, IL 60680** | - | | | | | | 0.00 |
| Account No. | | | Debt Owed | | | | |
| **Blue Cross Blue Shield of Illinois** **300 E. Randolph St.** **Chicago, IL 60601** | - | | | | | X | 1,112,323.65 |
| Account No. | | | Debt Owed | | | | |
| **Bridget Mabon** **2956 Falling Waters Lane** **Lindenhurst, IL 60046** | - | | | | | | 15.00 |
| Account No. | | | Notice Only | | | | |
| **Broadspire** **Attn: Carolyn Karnes-Adjuster** **PO Box 681519** **Schaumburg, IL 60168** | - | | | | | | 0.00 |
| Account No. **xxx7970** | | | Notice Only | | | | |
| **BSN Medical** **P.O. Box 75166** **Charlotte, NC 28275** | - | | | | | | 0.00 |

Sheet no. __14__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,112,338.65

B6F (Official Form 6F) (12/07) - Cont.

In re **Drexler Family Practice, S.C.** _____,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| **Cambridge Insurance PO Box 94950 Cleveland, OH 44101** | - | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| **Cambridge Intergrated Services G 175 W. Jackson Blvd Suite 1000 Chicago, IL 60604** | - | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| **Caremark PO Box 29005 Phoenix, AZ 85038** | - | | | | | | 0.00 |
| Account No. | | | Debt Owed | | | | |
| **Carl D. Oswald 345 Moore Court 1C Grayslake, IL 60030** | - | | | | | | 20.00 |
| Account No. | | | Debt Owed | | | | |
| **Carl J. Schmitz 1008 Concord Circle Mundelein, IL 60060** | - | | | | | | 25.00 |

Sheet no. __15__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **45.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Drexler Family Practice, S.C.**                                    ,      Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Debt Owed | | | | |
| Carolyn Marshall 32020 N. Pine Ave. Grayslake, IL 60030 | | - | | | | | | 250.00 |
| Account No. | | | | Notice Only | | | | |
| Catridge World 1316 S. Milwaukee Libertyville, IL 60048 | | - | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| CBCA Care Management PO Box 902 Beattyville, KY 41311 | | - | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| CCMSI / 22236 PO Box 1430 Danville, IL 61834 | | - | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| CCN Managed Care PO Box 5319 Tampa, FL 33675 | | - | | | | | | 0.00 |

Sheet no. __16__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           250.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Drexler Family Practice, S.C.**_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice Only | | | | |
| **Celtic Individual Health**<br>**PO Box 06410**<br>**Chicago, IL 60606** | | - | | | | | | **0.00** |
| Account No. | | | | Notice Only | | | | |
| **Certegy Payment Recover Serv.**<br>**11601 Roosevelt Blvd,**<br>**St. Petersburg, FL 33716** | | - | | | | | | **0.00** |
| Account No. | | | | Debt Owed | | | | |
| **Chad Phipps**<br>**402 Reagan Road**<br>**Grayslake, IL 60030** | | - | | | | | | **35.00** |
| Account No. | | | | Debt Owed | | | | |
| **Charles Bourgeois**<br>**644 Stuart Street**<br>**Grayslake, IL 60030** | | - | | | | | | **2.46** |
| Account No. **xxxxxxxxxxxxxxxx9001** | | | | Notice Only | | | | |
| **Charter One**<br>**1 Citizens Drive**<br>**Riverside, RI 02915** | | - | | | | | | **0.00** |

Sheet no. __**17**__ of __**106**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**37.46**

B6F (Official Form 6F) (12/07) - Cont.

In re __Drexler Family Practice, S.C._____,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Representing: Charter One | | | | |
| Fuchs & Roselli, Ltd 400 S. Knoll St., Suite A Wheaton, IL 60187 | | | | | | | | Notice Only |
| Account No. xxxxxxxxxxxxx0101 | | - | | Debt Owed | | | | |
| Charter One 1 Citizens Drive Riverside, RI 02915 | | | | | | | | 150,000.00 |
| Account No. xxxxxxxxxxx1563 | | | | Opened 8/01/11 Last Active 5/25/12 CreditCard | | | | |
| Chase P.o. Box 15298 Wilmington, DE 19850 | | | | | | | | 444.00 |
| Account No. xxxxxxxxxxx1563 | | - | | Opened 8/01/11 Last Active 5/25/12 CreditCard | | | | |
| Chase P.o. Box 15298 Wilmington, DE 19850 | | | | | | | | 444.00 |
| Account No. | | - | | Notice Only | | | | |
| Chatwins Healthcare 11 Stanwix Street, Suite 1414 Pittsburgh, PA 15222 | | | | | | | | 0.00 |

Sheet no. __18__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

150,888.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Drexler Family Practice, S.C.** _____ ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice Only | | | | |
| Christian Brothers Employee Ben 1205 Windham Parkway Romeoville, IL 60446 | - | | | | | | | 0.00 |
| Account No. | | | | Debt Owed | | | | |
| Christine J. Nitzschke 1809 Country Drive, Apt 103 Grayslake, IL 60030 | - | | | | | | | 20.00 |
| Account No. | | | | Debt Owed | | | | |
| Christine Rich 18427 Springwood Drive Grayslake, IL 60030 | - | | | | | | | 5.20 |
| Account No. | | | | Debt Owed | | | | |
| Christopher G. Sutherland 49 West Big Horn Drive Hainesville, IL 60073 | - | | | | | | | 20.00 |
| Account No. | | | | Debt Owed | | | | |
| Christopher J. Farrell 734 Liberty Bell Lane Libertyville, IL 60048 | - | | | | | | | 2,157.06 |

Sheet no. __19__ of __106__ sheets attached to Schedule of                      Subtotal                2,202.26
Creditors Holding Unsecured Nonpriority Claims                             (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Drexler Family Practice, S.C.** _____,  Case No. _____

                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  Chubb Insurance 233 S. Wacker Drive, Ste 4700 Chicago, IL 60606 | - | | Notice Only | | | | 0.00 |
| Account No.  Cigna PO Box 29000 Atlanta, GA 30359 | - | | Notice Only | | | | 0.00 |
| Account No.  Cigna PO Box 3025 Bourbonnais, IL 60914 | - | | Notice Only | | | | 0.00 |
| Account No.  Cigna PO Box 5200 Scranton, PA 18505 | - | | Notice Only | | | | 0.00 |
| Account No.  Cigna Claims PO Box 182223 Chattanooga, TN 37422 | - | | Notice Only | | | | 0.00 |

Sheet no. __20__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Drexler Family Practice, S.C.** _____,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. | | | | Notice Only | | | | |
| Cigna Healthcare PO Box 15408 Wilmington, DE 19850 | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Cigna Healthcare PO Box 188027 Chattanooga, TN 37422 | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Cigna Healthcare PO Box 780 Hartford, CT 06142 | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Cigna Healthcare PO Box 2100 Bourbonnais, IL 60914 | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Cigna International PO Box 15050 Wilmington, DE 19850 | - | | | | | | | 0.00 |

Sheet no. __21__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Drexler Family Practice, S.C.**                                    ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Debt Owed | | | | |
| Cindy Madson 73 Bedford Road Mundelein, IL 60060 | | - | | | | | | 5.14 |
| Account No. | | | | Notice Only | | | | |
| City of Evanston Attn: Robert Gustafson 2100 Ridge Avenue Evanston, IL 60201 | | - | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Claim Management Consultants 3325 N. Arlington Hts Rd., 500A Arlington Heights, IL 60004 | | - | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Claims Management Inc. PO Box 1288 Mailstop 3540 Bentonville, AR 72712 | | - | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Claims Management Services-Firs PO Box 10888 Green Bay, WI 54307 | | - | | | | | | 0.00 |

Sheet no. __22__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                          5.14

B6F (Official Form 6F) (12/07) - Cont.

In re __**Drexler Family Practice, S.C.**_____,   Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Classic Printery**<br>**336 W. Main St.**<br>**Round Lake, IL 60073** | - | | | **Notice Only** | | | | **0.00** |
| Account No.<br><br>**Clayton Klchosky**<br>**23624 Rita Drive**<br>**Harvard, IL 60033** | - | | | **Debt Owed** | | | | **21.70** |
| Account No.<br><br>**Cobraserv**<br>**PO Box 534099**<br>**Saint Petersburg, FL 33747** | - | | | **Notice Only** | | | | **0.00** |
| Account No.<br><br>**Cofinity**<br>**PO Box 2720**<br>**Saint Petersburg, FL 33747** | - | | | **Notice Only** | | | | **0.00** |
| Account No. **xxxxxxxxxxxx5142**<br><br>**Comcast**<br>**Po Box 3001**<br>**Southeastern, PA 19398** | - | | | **Goods or Services** | | | | **9.20** |

Sheet no. __**23**__ of __**106**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**30.90**

B6F (Official Form 6F) (12/07) - Cont.

In re     **Drexler Family Practice, S.C.**_____,     Case No. _____
                                                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx6023**<br><br>**ComEd**<br>**Bill Payment Center**<br>**Chicago, IL 60668** | - | | Notice Only | | | | 413.54 |
| Account No.<br><br>**ComEd.Co**<br>**2100 Swift Road**<br>**Bankruptcy Dept/System Credit**<br>**Oak Brook, IL 60523** | | | Representing:<br>ComEd | | | | Notice Only |
| Account No. **Multiple accounts**<br><br>**ComEd.Co**<br>**2100 Swift Road**<br>**Bankruptcy Dept/System Credit**<br>**Oak Brook, IL 60523** | - | | Utility | | | | 950.00 |
| Account No.<br><br>**ComEd**<br>**Bill Payment Center**<br>**Chicago, IL 60668** | | | Representing:<br>ComEd.Co | | | | Notice Only |
| Account No.<br><br>**Concentra**<br>**PO Box 21607**<br>**Tampa, FL 33622** | - | | Notice Only | | | | 0.00 |

Sheet no. __24__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,363.54

B6F (Official Form 6F) (12/07) - Cont.

In re **Drexler Family Practice, S.C.** _____ ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Notice Only | | | | |
| **Concert Health Plan** **2605 W. 22nd Street, Suite 25** **Oak Brook, IL 60523** | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **Conneticut General** **PO Box 55270** **Phoenix, AZ 85078** | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **Conseco Health Insurance Company** **PO Box 2024** **Carmel, IN 46082** | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **Conseco Insurance Company** **PO Box 2034** **Carmel, IN 46082** | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **Continental General Insurance** **PO Box 247004** **Omaha, NE 68124** | - | | | | | | | 0.00 |

Sheet no. __25__ of __106__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Drexler Family Practice, S.C.** _____,     Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice Only | | | | |
| **Coresource PO Box 83301 Lancaster, PA 17608** | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **Coresource PO Box 2920 Clinton, IA 52733** | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **Coresource PHCS 146 Industrial Park Lake Benton, MN 56149** | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **Country Faire Village Apt. Attn: Yolanda Fierro 1900 Country Drive Grayslake, IL 60030** | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **Country Life Insurance Co. Health Claims Dept. PO Box 2000 Bloomington, IL 61702** | - | | | | | | | 0.00 |

Sheet no. __26__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Drexler Family Practice, S.C.**                                          ,    Case No. _____
                                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice Only | | | | |
| County of Lake College 19351 W. Washington Street Attn: Chad Good Grayslake, IL 60030 | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Coventry Health Care PO Box 8400 London, KY 40742 | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| CSSC Workers Comp. PO Box 3205 Attn: Dan Jachim Naperville, IL 60566 | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| CUNA Mutual Group 5810 Mineral Point Road Madison, WI 53705 | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Custom Benefits Administrators PO Box 549023 Dallas, TX 75354 | - | | | | | | | 0.00 |

Sheet no. __27__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Drexler Family Practice, S.C.**_____,   Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Cynthia M. Roniss**<br>**1722 W. Turtle Creek Lane**<br>**Round Lake, IL 60073** | - | | | **Debt Owed** | | | | 129.10 |
| Account No.<br><br>**Dan Hedger**<br>**322 Buckingham Drive**<br>**Grayslake, IL 60030** | - | | | **Debt Owed** | | | | 6.00 |
| Account No.<br><br>**Daniel A. Pocius**<br>**6412  112th Avenue**<br>**Kenosha, WI 53142** | - | | | **Debt Owed** | | | | 10.00 |
| Account No.<br><br>**Data Works**<br>**164 Division St., Suite 507**<br>**Elgin, IL 60120** | - | | | **Notice Only** | | | | 0.00 |
| Account No.<br><br>**David Foo**<br>**300 Harding Ave.**<br>**Libertyville, IL 60048** | - | | | **Notice Only** | | | | 0.00 |

Sheet no. __28__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          145.10

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Drexler Family Practice, S.C._____,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Debt Owed | | | | |
| David Hancock 5119 Wonder Woods Road Wonder Lake, IL 60097 | - | | | | | | 15.00 |
| Account No. | | | Debt Owed | | | | |
| David K. Cline 332 Park Avenue Grayslake, IL 60030 | - | | | | | | 75.00 |
| Account No. | | | Debt Owed | | | | |
| David M. Neal 1409 Andover Drive Mundelein, IL 60060 | - | | | | | | 27.40 |
| Account No. | | | Debt Owed | | | | |
| David Peterson 1152 Hedgerow Grayslake, IL 60030 | - | | | | | | 17.85 |
| Account No. | | | Debt Owed | | | | |
| David T. Peterson 1152 Hedgerow Drive Grayslake, IL 60030 | - | | | | | | 15.00 |

Sheet no. __29__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

150.25

B6F (Official Form 6F) (12/07) - Cont.

In re  **Drexler Family Practice, S.C.**                                          ,     Case No. _____

                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | Notice Only | | | | |
| Dean Health Plan PO Box 56099 Madison, WI 53705 | | | | | | | | 0.00 |
| Account No. | | - | | Debt Owed | | | | |
| Deborah Healy 1718 Lehman Aavenue Algonquin, IL 60102 | | | | | | | | 68.28 |
| Account No. | | - | | Notice Only | | | | |
| Definity Health PO Box 9525 Buffalo, NY 14226 | | | | | | | | 0.00 |
| Account No. **xx3478** | | - | | Utility | | | | |
| Delage Landen P.O. Box 41602 Philadelphia, PA 19191 | | | | | | | | 86.00 |
| Account No. | | - | | Notice Only | | | | |
| Delphi Claims Administrator PO Box 29 Fox River Grove, IL 60021 | | | | | | | | 0.00 |

Sheet no. __30__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal                     154.28
                              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Drexler Family Practice, S.C.**                                              ,       Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| **Deseret Mutual** **PO Box 45530** **Salt Lake City, UT 84145** | - | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| **Destiny Health** **PO Box 9219** **Oak Brook, IL 60523** | - | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| **Difinity Health UHC** **PO Box 740810** **Atlanta, GA 30374** | - | | | | | | 0.00 |
| Account No. xxxxxxxxxxxx2574 | | | Opened  7/01/00  Last Active  6/05/12 CreditCard | | | | |
| **Discover Financial Services** **Attention:  Bankruptcy Department** **Po Box 3025** **New Albany, OH 43054** | - | | | | | | 204.00 |
| Account No. xxxxxxxxxxxx6444 | | | Opened  2/01/91  Last Active  4/30/12 CreditCard | | | | |
| **Discover Financial Services** **Attention:  Bankruptcy Department** **Po Box 3025** **New Albany, OH 43054** | - | | | | | | 116.00 |

Sheet no. __31__ of __106__ sheets attached to Schedule of                                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                                       (Total of this page)       320.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Drexler Family Practice, S.C.** _____ ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Debt Owed | | | | |
| Donna  Goss 9817 278th Avenue Trevor, WI 53179 | | - | | | | | | 10.00 |
| Account No. | | | | Debt Owed | | | | |
| Donna M. Sumner 6480 Lockwood Lane Gurnee, IL 60031 | | - | | | | | | 61.46 |
| Account No. | | | | Debt Owed | | | | |
| Doris Williams 1716  Brentwood Drive Round Lake, IL 60073 | | - | | | | | | 16.39 |
| Account No. | | | | Debt Owed | | | | |
| Douglas E. Gibson 365 Charles Drive Antioch, IL 60002 | | - | | | | | | 0.16 |
| Account No. | | | | Debt Owed | | | | |
| Edward Infante 115 W. Newbridge Lane Round Lake, IL 60073 | | - | | | | | | 20.26 |

Sheet no. __32__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

108.27

B6F (Official Form 6F) (12/07) - Cont.

In re  **Drexler Family Practice, S.C.**                                    ,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Eileen Soto**<br>**5722 Clover Lane**<br>**Greendale, WI 53129** | - | | Debt Owed | | | | 40.00 |
| Account No.<br><br>**Elizabeth Rehberg**<br>**33513 Cherokee Court**<br>**Grayslake, IL 60030** | - | | Debt Owed | | | | 25.00 |
| Account No.<br><br>**Elliot Construction**<br>**21 W. 171st Hill Avenue**<br>**Glen Ellyn, IL 60137** | - | | Notice Only | | | | 0.00 |
| Account No.<br><br>**Elsie C. Souder**<br>**190 S. Winthrop Avenue**<br>**Round Lake, IL 60073** | - | | Debt Owed | | | | 20.00 |
| Account No.<br><br>**Employee Benefit Services of LO**<br>**PO Box 94488**<br>**Lubbock, TX 79493** | - | | Notice Only | | | | 0.00 |

Sheet no. __33__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 85.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Drexler Family Practice, S.C.** _____,  Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| **Equal Access Health** **600 Sixth Flags Dr.** **Arlington, TX 76011** | - | | | | | | **0.00** |
| Account No. | | | Debt Owed | | | | |
| **Eric C. Meyer** **1359 W. Thorndale Avenue** **Chicago, IL 60660** | - | | | | | | **5.00** |
| Account No. | | | Debt Owed | | | | |
| **Eric F. Janus** **18955 Old Plank Road** **Grayslake, IL 60030** | - | | | | | | **40.00** |
| Account No. | | | Notice Only | | | | |
| **Farmers Insurance** **406 No. Hough St., 2nd Floor** **Barrington, IL 60010** | - | | | | | | **0.00** |
| Account No. | | | Notice Only | | | | |
| **Federated Mutual Insurance Comp** **PO Box 60487** **Indianapolis, IN 46250** | - | | | | | | **0.00** |

Sheet no. __34__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**45.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Drexler Family Practice, S.C.** _____,   Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice Only | | | | |
| Feterated Ins. Mailcode-HS 05 PO Box 50487 Indianapolis, IN 46250 | - | | | | | | | 0.00 |
| Account No. **x0997** | | | | Notice Only | | | | |
| Fire and Security Systems 516 W. Campus Dr. Arlington Heights, IL 60004 | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| First Health PO Box 11747 Tucson, AZ 85734 | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| First Health PO Box 2083 Nashua, NH 03061 | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| First Health Direct PO Box 8400 London, KY 40742 | - | | | | | | | 0.00 |

Sheet no. __35__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                   0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Drexler Family Practice, S.C.**                                    ,       Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice Only | | | | |
| **First Health Network PO Box 14610 Lexington, KY 40512** | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **First Health Network PO Box 23189 Tucson, AZ 85734** | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **Fiserv Health PO Box 8013 Wausau, WI 54402** | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **Fiserve Health PO Box 450 Pueblo, CO 81002** | - | | | | | | | 0.00 |
| Account No. | | | | Utility | | | | |
| **Footway 6131-C Lakeworth Lake Worth, FL 33463** | - | | | | | | | 148.00 |

Sheet no. __36__ of __106__ sheets attached to Schedule of                        Subtotal                    148.00
Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Drexler Family Practice, S.C.**                                              ,     Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice Only | | | | |
| Foresight, Inc. PO Box 535909 Grand Prairie, TX 75053 | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Forethought Life Insurance PO Box 14659 Clearwater, FL 33766 | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Forethought Life Insurance PO Box 981721 El Paso, TX 79998 | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Fortis Insurance PO Box 624 Milwaukee, WI 53201 | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Fortis Insurance Company 501 W. Michigan PO Box 624 Milwaukee, WI 53201 | - | | | | | | | 0.00 |

Sheet no. __37__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Drexler Family Practice, S.C._____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice Only | | | | |
| Fortis/Assurant Insurance Company PO Box 39065 Milwaukee, WI 53201 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Foundation Benefits Administration 6300 Bridgeport Parkway Bld 3, Suite 400 Austin, TX 78730 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. **x5338** | | | | Notice Only | | | | |
| Fox Valley Fire & Safety 2730 Pinnacle Way Elgin, IL 60124 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Debt Owed | | | | |
| Fred Fischer 1338 Woodside Court Grayslake, IL 60030 | - | | | | | | | |
| | | | | | | | | 20.00 |
| Account No. | | | | Debt Owed | | | | |
| Frederick Fath PO Box 1 Lake Villa, IL 60046 | - | | | | | | | |
| | | | | | | | | 204.04 |

Sheet no. __38__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

224.04

B6F (Official Form 6F) (12/07) - Cont.

In re  **Drexler Family Practice, S.C.** _____,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| **Frontpath PO Box 5810 Troy, MI 48007** | - | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| **GAB Robins 1 Oakhill Center, Suite 201 Westmont, IL 60559** | - | | | | | | 0.00 |
| Account No. | | | Debt Owed | | | | |
| **Gabriel Ochoa 207 S. Butrick Street Waukegan, IL 60085** | - | | | | | | 10.00 |
| Account No. | | | Notice Only | | | | |
| **Gallagher Bassett PO Box 5220 Oak Brook Terrace, IL 60181** | - | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| **Gallagher Bassett Attn: Chris Tortorella PO Box 4000 Schaumburg, IL 60168** | - | | | | | | 0.00 |

Sheet no. __39__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **10.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Drexler Family Practice, S.C.** _____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Notice Only | | | | |
| Gallagher Bassett UA PO Box 4000 Schaumburg, IL 60168 | - | | | | | | | | 0.00 |
| Account No. | | | | | Notice Only | | | | |
| Gallagher Benefit Administrator PO Box 5227 Lisle, IL 60532 | - | | | | | | | | 0.00 |
| Account No. **1787** | | | | | Notice Only | | | | |
| GAP P.O.Box 530942 Atlanta, GA 30353-0942 | - | | | | | | | | 0.00 |
| Account No. | | | | | Notice Only | | | | |
| GEHA PO Box 4665 Independence, MO 64051 | - | | | | | | | | 0.00 |
| Account No. | | | | | Notice Only | | | | |
| Geico 1 Geico Center Macon, GA 31296 | - | | | | | | | | 0.00 |

Sheet no. **40** of **106** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Drexler Family Practice, S.C.** _____ ,    Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | C | | | | | |
| Account No. xxxxxxxxxxx5147 | | | | | Opened 12/01/11 Last Active 6/05/12 ChargeAccount | | | | |
| Gemb/select Comfort Attn: GEMB Po Box 103104 Roswell, GA 30076 | | - | | | | | | | |
| | | | | | | | | | 7,513.00 |
| Account No. | | | | | Notice Only | | | | |
| General Casualty PO Box 450 Freeport, IL 61032 | | - | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. xxx3011 | | | | | Notice Only | | | | |
| General Injectables & Vaccines P.O. Box 223028 Pittsburgh, PA 15251 | | - | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. xxxx9256 | | | | | Notice Only | | | | |
| Genzyme Biosurgery P.O. Box 223122 Pittsburgh, PA 15251 | | - | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | Notice Only | | | | |
| Glencoe Post Office 336 Hazel Road Glencoe, IL 60022 | | - | | | | | | | |
| | | | | | | | | | 0.00 |

Sheet no. __41__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          7,513.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Drexler Family Practice, S.C.**                                  ,          Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. | | | | Notice Only | | | | |
| Globe Life and Accident Ins. PO Box 8080 McKinney, TX 75070 | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Golden Rule Insurance Co. 712 Eleventh Street Lawrenceville, IL 62439 | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Great West 1000 Greatwest Drive Kennett, MO 63857 | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Great West Healthcare/Cigna 1000 Great West Drive Kennett, MO 63857 | - | | | | | | | 0.00 |
| Account No. | | | | Debt Owed | | | | |
| Greg F. Puerkel 628 Robin Court Grayslake, IL 60030 | - | | | | | | | 40.00 |

Sheet no. __42__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                            **40.00**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Drexler Family Practice, S.C.** _____ ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Notice Only | | | | |
| **Group & Pension Admin.**<br>**PO Box 830248**<br>**Richardson, TX 75083** | - | | | | | | | **0.00** |
| Account No. | | | | Notice Only | | | | |
| **Group Administrators, LTD**<br>**450 East Remington Road**<br>**Schaumburg, IL 60173** | - | | | | | | | **0.00** |
| Account No. | | | | Notice Only | | | | |
| **Group Administrators, LTD**<br>**450 East Remington Road**<br>**Schaumburg, IL 60173** | - | | | | | | | **0.00** |
| Account No. | | | | Notice Only | | | | |
| **Group Administrators, LTD**<br>**PO Box 95600**<br>**Hoffman Estates, IL 60195** | - | | | | | | | **0.00** |
| Account No. | | | | Notice Only | | | | |
| **Guardian**<br>**PO Box 8007**<br>**Appleton, WI 54913** | - | | | | | | | **0.00** |

Sheet no. __43__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Drexler Family Practice, S.C.** _____ ,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Guardian** <br> **PO Box 8019** <br> **Appleton, WI 54912** | - | | Notice Only | | | | 0.00 |
| Account No. <br><br> **Guardian** <br> **PO Box 423** <br> **East Bridgewater, MA 02333** | - | | Notice Only | | | | 0.00 |
| Account No. <br><br> **Guardian PHCS** <br> **PO Box 4628** <br> **Hinsdale, IL 60522** | - | | Notice Only | | | | 0.00 |
| Account No. <br><br> **Harold R. Goodwin** <br> **226 Stillwater Drive** <br> **Hainesville, IL 60030** | - | | Debt Owed | | | | 15.00 |
| Account No. <br><br> **Harris Bank** <br> **Bankruptcy Department** <br> **PO Box 5037** <br> **Rolling Meadows, IL 60008-5037** | - | | Notice Only | | | | 0.00 |

Sheet no. __44__ of __106__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) 15.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Drexler Family Practice, S.C.**                                    ,      Case No. _____
                                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| Hartford Insurance P.O.Box 14170 Lexington, KY 40512 | - | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| Health EOS/Multiplan PO Box 6090 De Pere, WI 54115 | - | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| Health EOS/Multiplan PO Box 6090 De Pere, WI 54115 | - | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| Health New England One Monarch Place, Suite 1500 Indian Orchard, MA 01151 | - | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| Healthlink PO Box 419104 MO 63741 | - | | | | | | 0.00 |

Sheet no. __45__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                            0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Drexler Family Practice, S.C.**                                          ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Healthnet Commercial Claims<br>PO Box 14702<br>Lexington, KY 40512** | - | | **Notice Only** | | | | 0.00 |
| Account No.<br><br>**Healthnetwork Golden Rule Ins.<br>PO Box 200037<br>Arlington, TX 76006** | - | | **Notice Only** | | | | 0.00 |
| Account No.<br><br>**Herbert J. Spahr<br>421 Eagle Point Landing<br>Eureka, MO 63025** | - | | **Debt Owed** | | | | 20.00 |
| Account No.<br><br>**HFN3428<br>PO Box 3428<br>Hinsdale, IL 60522** | - | | **Notice Only** | | | | 0.00 |
| Account No. **xxxxx8031**<br><br>**Honda Financial Services<br>PO Box 5308<br>Elgin, IL 60121-5308** | - | | **Notice Only** | | | | 0.00 |

Sheet no. __46__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **20.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Drexler Family Practice, S.C.**                                    ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | - | | Notice Only | | | | |
| Humana PO Box 14602 Lexington, KY 40512 | | | | | | | | | 0.00 |
| Account No. | | | - | | Notice Only | | | | |
| Humana Claims PO Box 14610 Lexington, KY 40512 | | | | | | | | | 0.00 |
| Account No. | | | - | | Notice Only | | | | |
| Humana Claims Office PO Box 14635 Lexington, KY 40512 | | | | | | | | | 0.00 |
| Account No. | | | - | | Notice Only | | | | |
| Humana Claims Office PO Box 14601 Lexington, KY 40512 | | | | | | | | | 0.00 |
| Account No. | | | - | | Notice Only | | | | |
| Humana Gold Office PGBA Claims & Correspondence Florence, SC 29502 | | | | | | | | | 0.00 |

Sheet no. __47__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Drexler Family Practice, S.C.** _____ , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | - | | Notice Only | | | | |
| Humana HMO PO Box 14601 Lexington, KY 40512 | | | | | | | | 0.00 |
| Account No. | | - | | Notice Only | | | | |
| IADA Claims Administration PO Box 3583 Springfield, IL 62708 | | | | | | | | 0.00 |
| Account No. **Multiple Accounts** | | - | | Debt Owed | | | | |
| Ian A. Giles 1985 Meadowview Drive Round Lake, IL 60073 | | | | | | | | 10.00 |
| Account No. **xxxxxx7303** | | - | | Notice Only | | | | |
| Ice Mountain Direct 6661 Dixie Hwy, Ste 4 Louisville, KY 40258 | | | | | | | | 0.00 |
| Account No. | | - | | Debt Owed | | | | |
| Ilango Ramachandran 529 Arlington Lane Grayslake, IL 60030 | | | | | | | | 10.00 |

Sheet no. __48__ of __106__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **20.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Drexler Family Practice, S.C.**                                      , Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | **Notice Only** | | | | |
| **Illinois Dept. of Transportation Attn: Workers Compensation 201 W. Center Court Schaumburg, IL 60196** | | | | | | | 0.00 |
| Account No. **Multiple accounts** | | - | **Debt Owed** | | | | |
| **Illinois Secretary of State 2701 W. Dirksen Parkway Springfield, IL 62723** | | | | | | | 198.00 |
| Account No. | | | **Representing: Illinois Secretary of State** | | | | Notice Only |
| **Illinois Secretary of State 3701 Winchester Rd. Springfield, IL 62707** | | | | | | | |
| Account No. **xx9427** | | - | **Business Debt** | | | | |
| **Image Systems and Business 1776 commerce Dr. Elk Grove Village, IL 60007** | | | | | | | 98.48 |
| Account No. | | - | **Notice Only** | | | | |
| **Indiana Insurance Company PO Box 1967 Indianapolis, IN 46206** | | | | | | | 0.00 |

Sheet no. __49__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                            296.48

B6F (Official Form 6F) (12/07) - Cont.

In re    **Drexler Family Practice, S.C.**                                        ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8850**<br><br>**Ingenix**<br>**P.O. Box 27116**<br>**Salt Lake City, UT 84127** | - | | Notice Only | | | | 0.00 |
| Account No.<br><br>**Insurance Center**<br>**PO Box 982009**<br>**North Richland Hills, TX 76182** | - | | Notice Only | | | | 0.00 |
| Account No.<br><br>**Insurance Center**<br>**PO Box 982009**<br>**North Richland Hills, TX 76182** | - | | Notice Only | | | | 0.00 |
| Account No.<br><br>**Insurance Center**<br>**PO Box 982017**<br>**North Richland Hills, TX 76182** | - | | Notice Only | | | | 0.00 |
| Account No.<br><br>**J.F. Molloy & Assoc., Inc.**<br>**PO Box 68947**<br>**Indianapolis, IN 46268** | - | | Notice Only | | | | 0.00 |

Sheet no. __50__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Drexler Family Practice, S.C.** _____ ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Debt Owed | | | | |
| **James Staley** **219 Denise Drive** **Round Lake, IL 60073** | - | | | | | | 40.00 |
| Account No. | | | Debt Owed | | | | |
| **Jamie Wamsley** **168 Park Place** **Grayslake, IL 60030** | - | | | | | | 26.90 |
| Account No. | | | Debt Owed | | | | |
| **Jeanne Micucci** **308 Normandy Lane** **Grayslake, IL 60030** | - | | | | | | 4.52 |
| Account No. | | | Debt Owed | | | | |
| **Jeff A. Goldberg** **1106 Prairie Trail** **Grayslake, IL 60030** | - | | | | | | 20.00 |
| Account No. | | | Debt Owed | | | | |
| **Jeff Wilcox** **1638 S. Amarias** **Round Lake, IL 60073** | - | | | | | | 13.87 |

Sheet no. __51__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

105.29

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Drexler Family Practice, S.C.**                                          ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Jeff Wilcox 44 Cambridge Ct. Anderson, IN 46012 | | | Representing: Jeff Wilcox | | | | **Notice Only** |
| Account No. | | | Debt Owed | | | | |
| Jeffrey Brennan 201 S. Stewart Avenue Libertyville, IL 60048 | | - | | | | | **34.44** |
| Account No. | | | Debt Owed | | | | |
| Jeffrey Frye 18366 Meander Drive Grayslake, IL 60030 | | - | | | | | **18.01** |
| Account No. | | | Debt Owed | | | | |
| Jeffrey M. Burkart 34224 Goldenrod Road Round Lake, IL 60073 | | - | | | | | **15.00** |
| Account No. | | | Debt Owed | | | | |
| Jeffrey Paronto 37238 Twin Oaks Drive Lake Villa, IL 60046 | | - | | | | | **20.00** |

Sheet no. __52__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **87.45**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Drexler Family Practice, S.C.** _____,   Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | **Debt Owed** | | | | |
| Jeffrey Paronto 33678  No. Lake Shore Drive Grayslake, IL 60030 | - | | | | | | | 20.00 |
| Account No. | | | | **Debt Owed** | | | | |
| Jeffrey Wilcox 1638 S. Amarias Round Lake, IL 60073 | - | | | | | | | 13.87 |
| Account No. | | | | **Debt Owed** | | | | |
| Jenna L. Schindler 1033 S. Arlington Court Round Lake, IL 60073 | - | | | | | | | 20.00 |
| Account No. | | | | **Debt Owed** | | | | |
| Jennifer A. Kovacs 1511 Shermer Road Northbrook, IL 60062 | - | | | | | | | 6.80 |
| Account No. | | | | **Debt Owed** | | | | |
| Jeremy Lesser 12 Victory Parkway Crystal Lake, IL 60014 | - | | | | | | | 50.00 |

Sheet no. __53__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

110.67

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Drexler Family Practice, S.C.** _____,      Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Debt Owed | | | | |
| Jeri A. Graham 43015 N. Lake Avenue Antioch, IL 60002 | | - | | | | | 20.00 |
| Account No. | | | Notice Only | | | | |
| Jewel Foods Stores 1501 S. Lake Street Attn: Joe Kubiak Mundelein, IL 60060 | | - | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| John Alden LIfe Insurance Company PO Box 42034 Hazelwood, MO 63042 | | - | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| John Alden Life Insurance Company PO Box 1599 Boise, ID 83701 | | - | | | | | 0.00 |
| Account No. | | | Debt Owed | | | | |
| John Hickey PO Box 10 West Union, SC 29696 | | - | | | | | 65.70 |

Sheet no. __54__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        85.70

B6F (Official Form 6F) (12/07) - Cont.

In re    **Drexler Family Practice, S.C.**_____,    Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Debt Owed | | | | |
| Joseph W. Aeverman 33664 Gages Lake Drive Grayslake, IL 60030 | | - | | | | | 25.00 |
| Account No. | | | Debt Owed | | | | |
| Joyce Robison 1812  Sussex Walk Schaumburg, IL 60195 | | - | | | | | 40.24 |
| Account No. | | | Debt Owed | | | | |
| Judy Sheilds 1127 Woodrige Round Lake, IL 60073 | | - | | | | | 30.15 |
| Account No. | | | Debt Owed | | | | |
| Kathleen Porter 389 York Drive Grayslake, IL 60030 | | - | | | | | 23.20 |
| Account No. | | | Debt Owed | | | | |
| Kelly E. Pehler 34291 N. Old Walnut Circle Gurnee, IL 60031 | | - | | | | | 25.00 |

Sheet no. __55__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

143.59

B6F (Official Form 6F) (12/07) - Cont.

In re    **Drexler Family Practice, S.C.** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **7855** <br><br>**Kessler Orlean & Silver** <br>**1101 Lake Cook Rd.** <br>**Deerfield, IL 60015** | - | | Notice Only | | | | 0.00 |
| Account No. <br><br>**Kevin Locke** <br>**5518 22nd Avenue** <br>**Kenosha, WI 53140** | - | | Debt Owed | | | | 45.00 |
| Account No. <br><br>**Kimberlee Washburn** <br>**1913 W. Cullom Avenue, #1** <br>**Chicago, IL 60611** | - | | Debt Owed | | | | 25.00 |
| Account No. <br><br>**Kimberly Peresunko** <br>**700 Weidner Road, 205** <br>**Buffalo Grove, IL 60089** | - | | Debt Owed | | | | 20.00 |
| Account No. <br><br>**Kristy A. Otterbein** <br>**1208 Manchester Drive** <br>**Mundelein, IL 60060** | - | | Debt Owed | | | | 10.00 |

Sheet no. __56__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **100.00**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Drexler Family Practice, S.C.**                                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | **Debt Owed** | | | | |
| **Kurt Cassin** **1757 Fairport Drive** **Grayslake, IL 60030** | | | | | | | | 50.00 |
| Account No. | | - | | **Notice Only** | | | | |
| **Laborers Pension & Welfare FU** **Attn: Claims Dept** **11465 W. Cermak** **Westchester, IL 60154** | | | | | | | | 0.00 |
| Account No. | | - | | **Notice Only** | | | | |
| **Laborers Welfare Fund** **11465 W. Cermak Road** **Westchester, IL 60154** | | | | | | | | 0.00 |
| Account No. **xx-xx-xx4-017** | | - | | **Notice Only** | | | | |
| **Lake County Collector** **18 N. County Street** **Room 102** **Waukegan, IL 60085** | | | | | | | | 0.00 |
| Account No. | | - | | **Debt Owed** | | | | |
| **Laura Howdle** **611 W. Brittany Drive** **Arlington Heights, IL 60004** | | | | | | | | 15.00 |

Sheet no. __57__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          65.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Drexler Family Practice, S.C.**                                    ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Debt Owed | | | | |
| Leah Brock 4814 Middle Road Gurnee, IL 60031 | - | | | | | | 99.77 |
| Account No. | | | Debt Owed | | | | |
| Leslie Miranda 2827 W. Glenflora Avenue, Apt 308 Waukegan, IL 60085 | - | | | | | | 25.00 |
| Account No. | | | Notice Only | | | | |
| Liberty Mutual 1000 N. Plaza, 7th Floor Schaumburg, IL 60173 | - | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| Liberty Mutual PO Box 967900 Schaumburg, IL 60196 | - | | | | | | 0.00 |
| Account No. xMAM7 | | | Business Debt | | | | |
| Libertyville Centre Condo Assn. 1635 Northwind Blvd. Libertyville, IL 60048 | - | | | | | | 3,886.50 |

Sheet no. __58__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,011.27

B6F (Official Form 6F) (12/07) - Cont.

In re **Drexler Family Practice, S.C.** _____, Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Debt Owed | | | | |
| Lisa Maratea 365 Longhill Road Gurnee, IL 60031 | | - | | | | | | 47.56 |
| Account No. | | | | Debt Owed | | | | |
| Lisa Poray 336 Big Horn Drive Hainesville, IL 60030 | | - | | | | | | 20.00 |
| Account No. | | | | Notice Only | | | | |
| Local 701 Welfare Fund 500 W. Plainfield Road La Grange, IL 60525 | | - | | | | | | 0.00 |
| Account No. | | | | Debt Owed | | | | |
| Lori L. Benjamin 1018 Evergreen Street Mundelein, IL 60060 | | - | | | | | | 6.60 |
| Account No. | | | | Debt Owed | | | | |
| Lubov Mozolev 357 Behm Drive Grayslake, IL 60030 | | - | | | | | | 20.00 |

Sheet no. __59__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **94.16**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Drexler Family Practice, S.C.** _____ ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| Lumenos PO Box 69309 Harrisburg, PA 17106 | - | | | | | | 0.00 |
| Account No. | | | Debt Owed | | | | |
| Lynn Salisbury 16700 W. Apple Lane Gurnee, IL 60031 | - | | | | | | 61.34 |
| Account No. | | | Notice Only | | | | |
| Maksin Management PO Box 2647 Camden, NJ 08101 | - | | | | | | 0.00 |
| Account No. | | | Debt Owed | | | | |
| Marilyn Matthes 39825 Crabapple Drive Antioch, IL 60002 | - | | | | | | 6.34 |
| Account No. | | | Debt Owed | | | | |
| Mark G. Anderson 410 Sommerset Grayslake, IL 60030 | - | | | | | | 19.70 |

Sheet no. __60__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **87.38**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Drexler Family Practice, S.C.**                                    ,   Case No. _____
                                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Debt Owed | | | | | |
| **Mark Martin 1284 Hedgerow Drive Grayslake, IL 60030** | - | | | | | | | 83.83 |
| Account No. | | | Debt Owed | | | | | |
| **Mark Ruhlmann 989 Shooting Star Road Grayslake, IL 60030** | - | | | | | | | 0.09 |
| Account No. | | | Debt Owed | | | | | |
| **Mark Schultz 13025 W. Wall Avenue Waukegan, IL 60085** | - | | | | | | | 20.00 |
| Account No. | | | Debt Owed | | | | | |
| **Martha J. Cedillo 1215 Pheasant Run Zion, IL 60099** | - | | | | | | | 7.00 |
| Account No. | | | Debt Owed | | | | | |
| **Mary Merlock 320 Prairie Avenue Winthrop Harbor, IL 60096** | - | | | | | | | 1.53 |

Sheet no. __61__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                112.45

B6F (Official Form 6F) (12/07) - Cont.

In re  **Drexler Family Practice, S.C.**                                                  ,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | Notice Only | | | | |
| Matthew & Associates 870 E. Higgins Rd. Schaumburg, IL 60173 | | | | | | | | 0.00 |
| Account No. **xxx1810** | | - | | Notice Only | | | | |
| McKesson Med/Surg. P.O. Box 740215 Cincinnati, OH 45274 | | | | | | | | 0.00 |
| Account No. **xxxx2990** | | - | | Notice Only | | | | |
| Medco Supply Co. 21773 Netword Place Chicago, IL 60673 | | | | | | | | 0.00 |
| Account No. **xxxx3650** | | - | | Notice Only | | | | |
| Medical Arts Press P.O. Box 37647 Philadelphia, PA 19101 | | | | | | | | 0.00 |
| Account No. | | - | | Notice Only | | | | |
| Medical Assoc. Health Plans 1605 Associates Drive, Suite 101 PO Box 5002 Dubuque, IA 52004 | | | | | | | | 0.00 |

Sheet no. __62__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Drexler Family Practice, S.C.** _____ ,   Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Medical Benefit Administrators** <br> **PO Box 909991** <br> **Milwaukee, WI 53209** | - | | | Notice Only | | | | 0.00 |
| Account No. <br><br> **Medical Mutual** <br> **PO Box 94776** <br> **Cleveland, OH 44101** | - | | | Notice Only | | | | 0.00 |
| Account No. **1215** <br><br> **Medical Outfitters** <br> **P.O. Box 85073** <br> **Chicago, IL 60680** | - | | | Notice Only | | | | 0.00 |
| Account No. <br><br> **Medicare** <br> **PO Box 4433** <br> **Marion, IL 62959** | - | | | Notice Only | | | | 0.00 |
| Account No. <br><br> **Medicare Secondary** <br> **PO Box 4433** <br> **Marion, IL 62959** | - | | | Notice Only | | | | 0.00 |

Sheet no. __63__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Drexler Family Practice, S.C._____,   Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice Only | | | | |
| Mega Health & Health Insurance PO Box 981606 El Paso, TX 79998 | - | | | | | | | 0.00 |
| Account No. | | | | Debt Owed | | | | |
| Megan C. Blazincic 2915 Kingston Drive Island Lake, IL 60042 | - | | | | | | | 21.40 |
| Account No. | | | | Debt Owed | | | | |
| Melissa D. Cortez 920 Highgate Lane Grayslake, IL 60030 | - | | | | | | | 25.00 |
| Account No. xxx8118 | | | | Notice Only | | | | |
| Merck and Co. P.O. Box 5254 Carol Stream, IL 60197 | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Meritain Health PO Box 27267 Minneapolis, MN 55427 | - | | | | | | | 0.00 |

Sheet no. __64__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                     46.40

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Drexler Family Practice, S.C.** _____ ,   Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Metro Rish Mgmt Agency**<br>**Attn: Eileen Devine**<br>**420 W. Dempster Street**<br>**Mount Prospect, IL 60056** | - | | **Notice Only** | | | | 0.00 |
| Account No. **Multiple Accounts**<br><br>**Michael Battaglia**<br>**55 N. Caribou Drive**<br>**Grayslake, IL 60030** | - | | **Debt Owed** | | | | 80.46 |
| Account No. <br><br>**Michael J. Earl**<br>**15 Woodland Avenue**<br>**Fox Lake, IL 60020** | - | | **Debt Owed** | | | | 75.00 |
| Account No. <br><br>**Michael J. Firca**<br>**PO Box 5347**<br>**Vernon Hills, IL 60061** | - | | **Debt Owed** | | | | 13.50 |
| Account No. <br><br>**Michael Labruyere**<br>**60 Fairfeild Road**<br>**Lindenhurst, IL 60046** | - | | **Debt Owed** | | | | 10.00 |

Sheet no. __65__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

178.96

B6F (Official Form 6F) (12/07) - Cont.

In re __Drexler Family Practice, S.C._____,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Debt Owed | | | | |
| Michael McCully 484 Mitchell Drive Grayslake, IL 60030 | | - | | | | | | 25.00 |
| Account No. | | | | Debt Owed | | | | |
| Michael R. Ley 464 Dublin Drive Mundelein, IL 60060 | | - | | | | | | 50.00 |
| Account No. | | | | Debt Owed | | | | |
| Michael W. Welsek 600 Crabtree Court Lindenhurst, IL 60041 | | - | | | | | | 8.50 |
| Account No. | | | | Notice Only | | | | |
| Midwest Security PHCS 2700 Midwest Drive Onalaska, WI 54650 | | - | | | | | | 0.00 |
| Account No. | | | | Debt Owed | | | | |
| Miguel Menendez 1203 New York Street Waukegan, IL 60085 | | - | | | | | | 7.16 |

Sheet no. __66__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     90.66

B6F (Official Form 6F) (12/07) - Cont.

In re  **Drexler Family Practice, S.C.** _____,  Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Debt Owed | | | | |
| Mike J. Werner 893 Essex Circle Grayslake, IL 60030 | | - | | | | | | 20.00 |
| Account No. | | | | Notice Only | | | | |
| Missionay Medical PO Box 45730 Salt Lake City, UT 84145 | | - | | | | | | 0.00 |
| Account No. | | | | Debt Owed | | | | |
| Mitchell Reyes 265 W. Newbridge Lane Round Lake, IL 60073 | | - | | | | | | 58.29 |
| Account No. | | | | Notice Only | | | | |
| Motorola Health Advantage Plan PO Box 29005 Grandin, ND 58038 | | - | | | | | | 0.00 |
| Account No. **xxx2702** | | | | Notice Only | | | | |
| Mueller Sports Medicine Lock Box 78356 Milwaukee, WI 53278 | | - | | | | | | 0.00 |

Sheet no. __67__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    78.29

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Drexler Family Practice, S.C.**                                            ,    Case No. _____
                                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| Mutual Omaha Supp Mutual Plaza Omaha, NE 68175 | - | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| NALC Health Plan Benefit 20547 Waverly Court Ashburn, VA 20149 | - | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| Nationwide Argibusiness Insurance 1100 Locust, Dept 3010 Des Moines, IA 50391 | - | | | | | | 0.00 |
| Account No. | | | Debt Owed | | | | |
| Nguyen Hue 326 W. Whispering Oaks Ln. Round Lake, IL 60073 | - | | | | | | 55.04 |
| Account No. | | | Debt Owed | | | | |
| Nicole Gardner 3333 Stratford Court, Unit 2C Lake Bluff, IL 60044 | - | | | | | | 30.00 |

Sheet no. __68__ of __106__ sheets attached to Schedule of                                    Subtotal                                85.04
Creditors Holding Unsecured Nonpriority Claims                                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Drexler Family Practice, S.C.** _____ ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx7357**<br><br>**Nicor**<br>**Attention: Bankruptcy & Collections**<br>**PO Box 549**<br>**Aurora, IL 60507** | - | | | **Utility** | | | | **35.19** |
| Account No.<br><br>**Nicor Gas**<br>**PO Box 2020**<br>**Aurora, IL 60507** | | | | **Representing:**<br>**Nicor** | | | | **Notice Only** |
| Account No.<br><br>**Nina Austin**<br>**62 Seneca Avenue**<br>**Hawthorn Woods, IL 60047** | - | | | **Debt Owed** | | | | **25.00** |
| Account No.<br><br>**Nippon Life Insurance Co. Of Americ**<br>**PO Box 39710**<br>**Colorado Springs, CO 80949** | - | | | **Notice Only** | | | | **0.00** |
| Account No.<br><br>**NIU Student Insurance Office**<br>**Health Service Bldg Room 201**<br>**DeKalb, IL 60115** | - | | | **Notice Only** | | | | **0.00** |

Sheet no. __69__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**60.19**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Drexler Family Practice, S.C.** _____ ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Multiple accounts** | | | | **Notice Only** | | | | |
| **Nordic Energy** **Lockbox 778240** **350 E. Devon Ave.** **Itasca, IL 60143** | - | | | | | | | 0.00 |
| Account No. **xxxxxxxxxxxx6314** | | | | **Opened  7/01/07  Last Active  3/01/12** **CreditCard** | | | | |
| **Nordstrom FSB** **Attention:  Bankruptcy Department** **Po Box 6566** **Englewood, CO 80155** | - | | | | | | | 82.00 |
| Account No. **xxxxxxxxxxxx6314** | | | | **Opened  7/01/07  Last Active  3/01/12** **CreditCard** | | | | |
| **Nordstrom FSB** **Attention:  Bankruptcy Department** **Po Box 6566** **Englewood, CO 80155** | - | | | | | | | 82.00 |
| Account No. | | | | **Debt Owed** | | | | |
| **Norman Padnos** **2739 Karen Lane** **Glenview, IL 60025** | - | | | | | | | 96.48 |
| Account No. | | | | **Debt Owed** | | | | |
| **Norman Rich** **18427 Springwood Drive** **Grayslake, IL 60030** | - | | | | | | | 115.00 |

Sheet no. __**70**__ of __**106**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    375.48

B6F (Official Form 6F) (12/07) - Cont.

In re   **Drexler Family Practice, S.C.**                                    ,      Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**North American Administrators**<br>**PO Box 765**<br>**Buffalo, NY 14226** | - | | | Notice Only | | | | 0.00 |
| Account No. **xxxxxxxxx9108**<br><br>**North Shore Gas**<br>**Prudential Bldg**<br>**130 E. Randolph Dr.**<br>**Chicago, IL 60601** | - | | | Utility/Cable Services | | | | 0.00 |
| Account No.<br><br>**North Shore Gas**<br>**P.O. Box A3991**<br>**Chicago, IL 60690** | | | | Representing:<br>**North Shore Gas** | | | | Notice Only |
| Account No.<br><br>**NPPN Wausau Benefits**<br>**PO Box 7047**<br>**Middletown, NY 10940** | - | | | Notice Only | | | | 0.00 |
| Account No. **xx6664**<br><br>**Office Depot**<br>**PO Box 88040**<br>**Chicago, IL 60680** | - | | | Notice Only | | | | 0.00 |

Sheet no. __71__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Drexler Family Practice, S.C.** _____,   Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | **Notice Only** | | | | |
| **Office of Student Health Insurance Campus Box 2541 Normal, IL 61790** | | | | | | | | 0.00 |
| Account No. | | - | | **Notice Only** | | | | |
| **Onenation Benefit Administrator PO Box 1268 Columbus, OH 43216** | | | | | | | | 0.00 |
| Account No. **x1277** | | - | | **Notice Only** | | | | |
| **Ovation Medical P.O. Box 80325 City of Industry, CA 91716** | | | | | | | | 0.00 |
| Account No. | | - | | **Notice Only** | | | | |
| **Oxford Health Plans PO Box 7082 Bridgeport, CT 06601** | | | | | | | | 0.00 |
| Account No. **xxx9302** | | - | | **Notice Only** | | | | |
| **P.D. Rx Pharmaceuticals 727 Ann Arbor Oklahoma City, OK 73127** | | | | | | | | 0.00 |

Sheet no. **72** of **106** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Drexler Family Practice, S.C.**                                    ,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice Only | | | | |
| Pacific Life & Annuity Benefit PO Box 33699 Phoenix, AZ 85067 | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| PAI/Beech Street PO Box 6702 Columbia, SC 29260 | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Palmetto GBA PO Box 10066 Augusta, GA 30999 | - | | | | | | | 0.00 |
| Account No. | | | | Debt Owed | | | | |
| Paola T. Meinzer 2301 Silver Oaks Drive Round Lake, IL 60073 | - | | | | | | | 23.50 |
| Account No. | | | | Debt Owed | | | | |
| Patrick C. Conley 34357 N. Bobolink Terrae Grayslake, IL 60030 | - | | | | | | | 17.50 |

Sheet no. __73__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                            41.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Drexler Family Practice, S.C.** _____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Debt Owed | | | | |
| Patti Kolano 1132 Larkdale Lane Elkhorn, WI 53121 | - | | | | | | 40.00 |
| Account No. | | | Debt Owed | | | | |
| Paul J. Gebherdt 806 Longwood Drive Lake Villa, IL 60046 | - | | | | | | 10.00 |
| Account No. | | | Debt Owed | | | | |
| Paul J. Souder 190 S. Winthrop Drive Round Lake, IL 60073 | - | | | | | | 20.00 |
| Account No. | | | Business Debt | | | | |
| Pediatric Assocs of Arlington Hts 1229 S. Rand Rd. Lake Zurich, IL 60047 | - | | | | | | 21.00 |
| Account No. | | | Notice Only | | | | |
| Pension Administrators 1626 W. Colonial Pkwy Inverness, IL 60067 | - | | | | | | 0.00 |

Sheet no. __74__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

91.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Drexler Family Practice, S.C.**                                    ,        Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice Only | | | | |
| Performax PO Box 1065 Buffalo, NY 14226 | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Performax PHCS PO Box 61505 King of Prussia, PA 19406 | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Perkin Life Insurance PO Box 823 Buckeystown, MD 21717 | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Perkin Life Insurance Company 2505 Court Street Pekin, IL 61558 | - | | | | | | | 0.00 |
| Account No. | | | | Debt Owed | | | | |
| Pete Blackburn 25964 Larkin Lane Ingleside, IL 60041 | - | | | | | | | 20.00 |
| Sheet no. __75__ of __106__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal (Total of this page) | | | | 20.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Drexler Family Practice, S.C.** _____ ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **PGBA, LLC Attn: Claims PO Box 870140 Myrtle Beach, SC 29587** | - | | Notice Only | | | | 0.00 |
| Account No. **Philadelphia American Life PO Box 4884 Houston, TX 77210** | - | | Notice Only | | | | 0.00 |
| Account No. **PHP PO Box 2359 Fort Wayne, IN 46801** | - | | Notice Only | | | | 0.00 |
| Account No. **xxxxxxxxxxxx3259** **Pier 1 Imports 15150 LaGrange Rd Orland Park, IL 60462** | - | | Credit card purchases | | | | 59.00 |
| Account No. **Pier 1 Imports P.O. Box 659617 San Antonio, TX 78265** | | | Representing: Pier 1 Imports | | | | **Notice Only** |

Sheet no. __76__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**59.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Drexler Family Practice, S.C.**                                    ,       Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | - | | **Notice Only** | | | | |
| **Pipe Fitters Welfare Fund Local** **45 N. Ogden Avenue** **Chicago, IL 60607** | | | | | | | | **0.00** |
| Account No. **xxx3328** | | - | | **Notice Only** | | | | |
| **Pitney Bowes** **Collections Department** **PO Box 856390** **Louisville, KY 40285** | | | | | | | | **0.00** |
| Account No. | | - | | **Notice Only** | | | | |
| **Plumbers Local 93 Health & Welfare** **1000 Burr Ridge Parkway, Ste 200** **Willowbrook, IL 60527** | | | | | | | | **0.00** |
| Account No. **x3281** | | - | | **Notice Only** | | | | |
| **Polymedco** **P.O. Box 95816** **Chicago, IL 60694** | | | | | | | | **0.00** |
| Account No. | | - | | **Debt Owed** | | | | |
| **Pooja Talaty** **201 Autumn Lane** **Vernon Hills, IL 60061** | | | | | | | | **25.00** |

Sheet no. __77__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **25.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Drexler Family Practice, S.C.** _____ ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**PPO Next**<br>**PO Box 549023**<br>**Dallas, TX 75354** | - | | Notice Only | | | | 0.00 |
| Account No. **xxxxxxxx1456** <br><br>**Prairie Creek Owners Association**<br>**P.O. Box 4346**<br>**Carol Stream, IL 60197** | - | | Notice Only | | | | 0.00 |
| Account No. <br><br>**Prairie States Preferred Plan**<br>**PO Box 23**<br>**Sheboygan, WI 53082** | - | | Notice Only | | | | 0.00 |
| Account No. <br><br>**Preferred Care, Inc.**<br>**PO Box 1235**<br>**Frederick, MD 21702** | - | | Notice Only | | | | 0.00 |
| Account No. <br><br>**Principal Life Insurance Co.**<br>**PO Box 39710**<br>**Colorado Springs, CO 80949** | - | | Notice Only | | | | 0.00 |

Sheet no. __78__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Drexler Family Practice, S.C.** _____,   Case No. _____
                                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| **Private Healthcare IAC** **PO Box 828** **Park Ridge, IL 60068** | - | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| **Private Healthcare Systems** **PO Box 2914** **Des Plaines, IL 60017** | - | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| **Professional Benefits Administrator** **PO Box 4687** **Hinsdale, IL 60522** | - | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| **Progressive** **9701 W. Higgins Road, Ste 120** **Des Plaines, IL 60018** | - | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| **Progressive Benefit Services** **PO Box 3440** **Peoria, IL 61612** | - | | | | | | 0.00 |

Sheet no. __79__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Drexler Family Practice, S.C.** _____ ,   Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx2645** <br><br> **PSS World Medical** <br> **62046 Collections Center Dr.** <br> **Chicago, IL 60693** | - | | Notice Only | | | | 0.00 |
| Account No. **xxxxxxxx0427** <br><br> **Purchasing Power** <br> **P.O. Box 37184** <br> **Pittsburgh, PA 15250** | - | | Notice Only | | | | 0.00 |
| Account No. **xxxx7440** <br><br> **QUEST DIAGNOSTICS LLC** <br> **NATIONAL REGISTERED AGENTS INC** <br> **200 WEST ADAMS STREET** <br> **CHICAGO, IL 60606** | - | | Notice Only | | | | 0.00 |
| Account No. <br><br> **Quest Diagnostics** <br> **PO Box 12989** <br> **Chicago, IL 60693** | | | Representing: <br> **QUEST DIAGNOSTICS LLC** | | | | Notice Only |
| Account No. **xxx7500** <br><br> **Quill Corporation** <br> **P.O. Box 37600** <br> **Philadelphia, PA 19101** | - | | Notice Only | | | | 0.00 |

Sheet no. __80__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Drexler Family Practice, S.C.**                                    ,    Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Ramakrishna Yellapantula** <br>**1225 Meadowlark Lane** <br>**Grayslake, IL 60030** | - | | Debt Owed | | | | 40.00 |
| Account No. **xxxxxx2512** <br><br>**Rapid Fill Ink** <br>**116 S. Barron Blvd.** <br>**Suite C** <br>**Grayslake, IL 60030** | - | | Notice Only | | | | 0.00 |
| Account No. <br><br>**Ray C. Harris** <br>**218 East Skokie Road** <br>**Lake Bluff, IL 60044** | - | | Debt Owed | | | | 16.79 |
| Account No. <br><br>**RBMS** <br>**PO Box 241569** <br>**Anchorage, AK 99524** | - | | Notice Only | | | | 0.00 |
| Account No. <br><br>**Rebecca Horne** <br>**264 Ridge Way Drive** <br>**Howard, OH 43028** | - | | Debt Owed | | | | 10.00 |

Sheet no. __81__ of __106__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      66.79

B6F (Official Form 6F) (12/07) - Cont.

In re    **Drexler Family Practice, S.C.**_____,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| Religious Comprehensive Trust 1205 Windham Parkway Romeoville, IL 60446 | - | | | | | | 0.00 |
| Account No. | | | Debt Owed | | | | |
| Richard Renjilian 7125 Brae Court Gurnee, IL 60031 | - | | | | | | 30.00 |
| Account No. | | | Debt Owed | | | | |
| Richard Wilson-Leigh 208 Garfield Avenue Libertyville, IL 60048 | - | | | | | | 30.00 |
| Account No. | | | Debt Owed | | | | |
| Richard Yaeger 482 East Cedar Drive Round Lake, IL 60073 | - | | | | | | 3.76 |
| Account No. | | | Debt Owed | | | | |
| Robert Hindman 207 Penny Lane Grayslake, IL 60030 | - | | | | | | 15.00 |

Sheet no. __82__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              78.76

B6F (Official Form 6F) (12/07) - Cont.

In re  **Drexler Family Practice, S.C.**                                              ,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Robyn Kernan**<br>**434 Donin Drive, Apt 203**<br>**Antioch, IL 60002** | - | | **Debt Owed** | | | | **20.00** |
| Account No.<br><br>**Roger Kaiser**<br>**34231 N. Larkspur Ct.**<br>**Round Lake, IL 60073** | - | | **Debt Owed** | | | | **30.00** |
| Account No.<br><br>**Ronda Groth**<br>**34382 N. Bridle Lane**<br>**Gurnee, IL 60031** | - | | **Debt Owed** | | | | **2.66** |
| Account No.<br><br>**Safeco**<br>**PO Box 461**<br>**Saint Louis, MO 63166** | - | | **Notice Only** | | | | **0.00** |
| Account No.<br><br>**Sandra Forster**<br>**656 Sierra Place**<br>**Gurnee, IL 60031** | - | | **Debt Owed** | | | | **45.00** |

Sheet no. __83__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**97.66**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Drexler Family Practice, S.C.**                                            ,     Case No. _____
                                                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Debt Owed | | | | |
| Sanjay J. Patel 370 W. Savoy Drive Round Lake, IL 60073 | - | | | | | | | 15.86 |
| Account No. | | | | Debt Owed | | | | |
| Sarah Kozak 210 Thrush Circle Lake Villa, IL 60046 | - | | | | | | | 21.00 |
| Account No. | | | | Debt Owed | | | | |
| Sarah M. Johnson 539 Barron Blvd Grayslake, IL 60030 | - | | | | | | | 20.00 |
| Account No. | | | | Debt Owed | | | | |
| Sasan Sadr 292 Jennifer Court Gurnee, IL 60031 | - | | | | | | | 5.00 |
| Account No. | | | | Debt Owed | | | | |
| Scott M. Dati 562 Quail Creek Drive Grayslake, IL 60030 | - | | | | | | | 17.91 |

Sheet no. __84__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                79.77

B6F (Official Form 6F) (12/07) - Cont.

In re   **Drexler Family Practice, S.C.**_____,   Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | - | | **Debt Owed** | | | | |
| **Scott Salomon**<br>**1025 Oaktree**<br>**Lake Villa, IL 60046** | | | | | | | | 80.06 |
| Account No. **Multiple accounts** | | - | | **Debt Owed** | | | | |
| **Scottsdale Sonoran Vollas Assn**<br>**P.O. Box 105042**<br>**Atlanta, GA 30348** | | | | | | | | 10,200.00 |
| Account No. | | | | **Representing:**<br>**Scottsdale Sonoran Vollas Assn** | | | | **Notice Only** |
| **Starwood**<br>**P.O. Box 2980**<br>**Honolulu, HI 96820** | | | | | | | | |
| Account No. **xxx1654** | | - | | **Debt Owed** | | | | |
| **Seacrest Services**<br>**2400 Centre Park West Dr.**<br>**West Palm Beach, FL 33409** | | | | | | | | 546.00 |
| Account No. | | - | | **Notice Only** | | | | |
| **Sedgwick AT&T**<br>**AT&T Intergrated Disability**<br>**PO Box 14627**<br>**Lexington, KY 40512** | | | | | | | | 0.00 |

Sheet no. __**85**__ of __**106**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | **10,826.06**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Drexler Family Practice, S.C.**                                        ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice Only | | | | |
| **Sedgwick CMS PO Box 804417 Chicago, IL 60680** | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **Sevencorners 303 Congressional Blvd Carmel, IN 46032** | - | | | | | | | 0.00 |
| Account No. | | | | Debt Owed | | | | |
| **Sharon Jordan 656 White Crt. Grayslake, IL 60030** | - | | | | | | | 1.98 |
| Account No. | | | | Notice Only | | | | |
| **Shred Station Express 14092 Lambs Lane Libertyville, IL 60048** | - | | | | | | | 0.00 |
| Account No. **xx6279** | | | | Notice Only | | | | |
| **Smilemakers P.O. Box 2543 Spartanburg, SC 29304** | - | | | | | | | 0.00 |

Sheet no. __86__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1.98

B6F (Official Form 6F) (12/07) - Cont.

In re   **Drexler Family Practice, S.C.** _____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx0843** | | | | **Notice Only** | | | | |
| **Sonofi Pasteur** **12458 Collection Center Dr.** **Chicago, IL 60693** | - | | | | | | | 0.00 |
| Account No. | | | | **Notice Only** | | | | |
| **SRS Medbill** **PO Box 14205** **Lexington, KY 40512** | - | | | | | | | 0.00 |
| Account No. | | | | **Notice Only** | | | | |
| **Stanley Steamer** **1860 N. Rte 83, Suite120** **Attn: Paul Lashuk** **Grayslake, IL 60030** | - | | | | | | | 0.00 |
| Account No. | | | | **Notice Only** | | | | |
| **Starmark** **PO Box 2942** **Clinton, IA 52733** | - | | | | | | | 0.00 |
| Account No. | | | | **Notice Only** | | | | |
| **Stat HRG** **PO Box 55270** **Phoenix, AZ 85078** | - | | | | | | | 0.00 |

Sheet no. __**87**__ of __**106**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

B6F (Official Form 6F) (12/07) - Cont.

In re __**Drexler Family Practice, S.C.**_____,      Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**State Farm**<br>**PO Box 2362**<br>**Bloomington, IL 61702** | - | | | Notice Only | | | | 0.00 |
| Account No. **Multiple accounts** <br><br>**State Farm Insurance**<br>**P.O. Box 680001**<br>**Dallas, TX 75368** | - | | | Debt Owed | | | | 1,356.00 |
| Account No. <br><br>**State Farm Insurance**<br>**PO Box 2310**<br>**Bloomington, IL 61702** | - | | | Notice Only | | | | 0.00 |
| Account No. <br><br>**State Farm Insurance**<br>**PO Box 2363**<br>**Bloomington, IL 61702** | - | | | Notice Only | | | | 0.00 |
| Account No. <br><br>**State Farm Insurance**<br>**PO Box 2350**<br>**Bloomington, IL 61702** | - | | | Notice Only | | | | 0.00 |

Sheet no. __**88**__ of __**106**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,356.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Drexler Family Practice, S.C.**                                    ,   Case No. _____
                                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| **State Farm Insurance PO Box 2366 Bloomington, IL 61702** | - | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| **State Farm Insurance 901 Biesterfield Rd, Ste 103 Elk Grove Village, IL 60007** | - | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| **State Farm Mutual Auto PO Box 2308 Bloomington, IL 61702** | - | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| **State of Illinois Dept. of Public Aid PO Box 19105 Springfield, IL 62794** | - | | | | | | 0.00 |
| Account No. | | | Debt Owed | | | | |
| **Stephan Lang 67 Rolling Ridge Lane Lindenhurst, IL 60046** | - | | | | | | 15.00 |

Sheet no. __89__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                     | 15.00
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Drexler Family Practice, S.C.** _____,     Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxx9385** | | | | **Notice Only** | | | | |
| **Stericycle** **P.O. Box 6575** **Carol Stream, IL 60197** | - | | | | | | | 0.00 |
| Account No. | | | | **Debt Owed** | | | | |
| **Steve Rogers** **450 Capital Lane** **Gurnee, IL 60031** | - | | | | | | | 18.00 |
| Account No. | | | | **Debt Owed** | | | | |
| **Steven A. Bigelow** **695 Summerlyn Drive** **Antioch, IL 60002** | - | | | | | | | 175.95 |
| Account No. | | | | **Debt Owed** | | | | |
| **Steven E. Barnash** **34357 Tangueray Drive** **Grayslake, IL 60030** | - | | | | | | | 25.00 |
| Account No. | | | | **Debt Owed** | | | | |
| **Steven M. Dincognito** **26339 N. Walnut Avenue** **Mundelein, IL 60060** | - | | | | | | | 4.50 |

Sheet no. __90__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                223.45

B6F (Official Form 6F) (12/07) - Cont.

In re    **Drexler Family Practice, S.C.** _____ ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice Only | | | | |
| **Strategic Resources Group** **PO Box 23759** **Columbia, SC 29224** | | - | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **Superien Health Network** **PO Box 2388** **Stow, OH 44224** | | - | | | | | | 0.00 |
| Account No. | | | | Debt Owed | | | | |
| **Tammy L. VanZante** **312 Buckingham Drive** **Grayslake, IL 60030** | | - | | | | | | 38.00 |
| Account No. | | | | Debt Owed | | | | |
| **Tammy Pipin** **1003 Evergreen Street** **Mundelein, IL 60060** | | - | | | | | | 106.97 |
| Account No. **xxxxxx0671** | | | | Business Debt | | | | |
| **TDS Metrocom** **P.O. Box 94510** **Palatine, IL 60094** | | - | | | | | | 241.16 |

Sheet no. __91__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

386.13

B6F (Official Form 6F) (12/07) - Cont.

In re    **Drexler Family Practice, S.C.** _____ ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Notice Only | | | | |
| The Mail Handlers Benefit Plan PO Box 24503 Tucson, AZ 85734 | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| The Mail Handlers Benefit Plan PO Box 8402 London, KY 40742 | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| The Preferred Plan, Inc. c/o DCA PO Box 2090c Stow, OH 44224 | - | | | | | | | 0.00 |
| Account No. | | | | Debt Owed | | | | |
| Thomas J. Mottola 630 W. Trail North Grayslake, IL 60030 | - | | | | | | | 25.00 |
| Account No. | | | | Debt Owed | | | | |
| Thomas Ward 1500 Elderberry Drive Libertyville, IL 60048 | - | | | | | | | 180.00 |

Sheet no. __92__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          205.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Drexler Family Practice, S.C.** _____ ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | - | Debt Owed | | | | |
| Tiffany R. Hubka 4010 W. Prestwick Street McHenry, IL 60050 | | | | | | | | 25.00 |
| Account No. | | | - | Debt Owed | | | | |
| Tiffany Tavajian 32927 N. John Mogg Road Wildwood, IL 60030 | | | | | | | | 1.65 |
| Account No. | | | - | Notice Only | | | | |
| Time Insurance Company PO Box 42033 Hazelwood, MO 63042 | | | | | | | | 0.00 |
| Account No. | | | - | Debt Owed | | | | |
| Tina Sullivan 33052 Sears Blvd Grayslake, IL 60030 | | | | | | | | 10.00 |
| Account No. | | | - | Notice Only | | | | |
| Todays Option PO Box 742568 Houston, TX 77274 | | | | | | | | 0.00 |

Sheet no. __93__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  36.65

B6F (Official Form 6F) (12/07) - Cont.

In re   **Drexler Family Practice, S.C.** _____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Debt Owed | | | | |
| Todd Schaefer 19713 W. Cambrigde Road Mundelein, IL 60060 | | - | | | | | | 5.00 |
| Account No. | | | | Notice Only | | | | |
| Total Broker Benefits PHCS 225 Smith Road Saint Charles, IL 60174 | | - | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Travelers Insurance PO Box 3205 Naperville, IL 60566 | | - | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Tricare for Life PO Box 7890 Madison, WI 53707 | | - | | | | | | 0.00 |
| Account No. **xxxxxx8310** | | | | Notice Only | | | | |
| Trinsic Matrix Telecomm P.O. Box 660780 Dallas, TX 75266 | | - | | | | | | 0.00 |

| | | |
|---|---|---|
| Sheet no. _**94**_ of _**106**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 5.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Drexler Family Practice, S.C.** _____,   Case No. _____
                                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Debt Owed | | | | |
| Troyce L. McClinton 6171 Golfview Drive Gurnee, IL 60031 | - | | | | | | 10.00 |
| Account No. | | | Notice Only | | | | |
| Trustmark Insurance Company PO Box 2942 Clinton, IA 52733 | - | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| Trustmark Insurance Company PO Box 7909 Lake Forest, IL 60045 | - | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| Trustmark Insurance Company PO Box 7911 Lake Forest, IL 60045 | - | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| UGS-Globalcare, Inc. PO Box 247 Alpharetta, GA 30009 | - | | | | | | 0.00 |

Sheet no. __95__ of __106__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **10.00**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Drexler Family Practice, S.C.** _____ ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | **Debt Owed** | | | | |
| **Uma Sanzgiri 1323 Deer Run Gurnee, IL 60031** | | - | | | | | | 20.00 |
| Account No. | | | | **Notice Only** | | | | |
| **UMR PO Box 266 Onalaska, WI 54650** | | - | | | | | | 0.00 |
| Account No. | | | | **Notice Only** | | | | |
| **UMR PO Box 30541 Salt Lake City, UT 84130** | | - | | | | | | 0.00 |
| Account No. | | | | **Notice Only** | | | | |
| **Unicare PO Box 5021 Bolingbrook, IL 60440** | | - | | | | | | 0.00 |
| Account No. | | | | **Notice Only** | | | | |
| **Unicare PO Box 5016 Bolingbrook, IL 60440** | | - | | | | | | 0.00 |

Sheet no. _**96**_ of _**106**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **20.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Drexler Family Practice, S.C.**_____,   Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice Only | | | | |
| Unicare PO Box 4458 Chicago, IL 60680 | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Unicare PO Box 5055 Bolingbrook, IL 60440 | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Unicare 4450 PO Box 4450 Chicago, IL 60680 | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| United Commercial Travelers PO Box 159019 Columbus, OH 43215 | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| United Health Care PO Box 30541 Salt Lake City, UT 84130 | - | | | | | | | 0.00 |

Sheet no. __97__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Drexler Family Practice, S.C.** _____ ,    Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx5861** | | | | **Business Debt** | | | | |
| **United Health Care Recovery Services P.O. Box 740804 Atlanta, GA 30374-0804** | - | | | | | | | **27.55** |
| Account No. | | | | **Notice Only** | | | | |
| **United Healthcare PO Box 740819 Atlanta, GA 30374** | - | | | | | | | **0.00** |
| Account No. | | | | **Notice Only** | | | | |
| **United Healthcare PO Box 30551 Salt Lake City, UT 84130** | - | | | | | | | **0.00** |
| Account No. | | | | **Notice Only** | | | | |
| **United Healthcare PO Box 30555 Salt Lake City, UT 84130** | - | | | | | | | **0.00** |
| Account No. | | | | **Notice Only** | | | | |
| **United Healthcare PO Box 30557 Salt Lake City, UT 84130** | - | | | | | | | **0.00** |

Sheet no. __**98**__ of __**106**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **27.55**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Drexler Family Practice, S.C.**                                              ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice Only | | | | |
| United Healthcare PO Box 30985 Salt Lake City, UT 84130 | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| United Healthcare PO Box 740800 Atlanta, GA 30374 | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| United Healthcare PO Box 740801 Atlanta, GA 30374 | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| United Healthcare PO Box 740802 Atlanta, GA 30374 | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| United Healthcare PO Box 981502 El Paso, TX 79998 | - | | | | | | | 0.00 |

Sheet no. __99__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Drexler Family Practice, S.C.** _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice Only | | | | |
| United Healthcare PO Box 981504 El Paso, TX 79998 | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| United Healthcare PO Box 740800 Atlanta, GA 30374 | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| United Medical Resources-Beech PO Box 145804 Cincinnati, OH 45250 | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Unitedhealthcare PO Box 30551 Salt Lake City, UT 84130 | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Universal Casualty Company 150 NW Point Blvd, Suite 200 Elk Grove Village, IL 60007 | - | | | | | | | 0.00 |

Sheet no. __100__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Drexler Family Practice, S.C.** _____ ,    Case No. _____

                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice Only | | | | |
| **University Of Illinis** **Benefits Center Student Insurance** **807 S. Wright Street, Ste 480** **Champaign, IL 61820** | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **US Dept Labor OSHA** **230 S. Dearborn Street** **Room 3244, Attn: Robin Labedz** **Chicago, IL 60604** | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **US Dept. of Labor-Office** **PO Box 8300** **District 10 CHI** **London, KY 40742** | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **USAA** **Attn: Jennifer Murillo** **PO Box 659466** **San Antonio, TX 78265** | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **USAA** **Attn: Scott Smith** **PO Box 659463** **San Antonio, TX 78265** | - | | | | | | | 0.00 |

Sheet no. __**101**__ of __**106**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Drexler Family Practice, S.C.** _____,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice Only | | | | |
| **USAA Life Insurance Company Attn: Health Claims 9800 Fredericksburg Road San Antonio, TX 78288** | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **Vapor Bus International 1010 Johnson Drive Buffalo Grove, IL 60089** | - | | | | | | | 0.00 |
| Account No. **x1243** | | | | Debt Owed | | | | |
| **Veolia 2230 Ernie Krueger Cir. Waukegan, IL 60087** | - | | | | | | | 168.50 |
| Account No. | | | | Debt Owed | | | | |
| **Victor L. Magee 120 Cunat Blvd, Apt 2B Richmond, IL 60071** | - | | | | | | | 20.00 |
| Account No. | | | | Debt Owed | | | | |
| **Vincent M. Gentile 530 Laurie Court Grayslake, IL 60030** | - | | | | | | | 76.60 |

Sheet no. __102__ of __106__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    265.10

B6F (Official Form 6F) (12/07) - Cont.

In re   **Drexler Family Practice, S.C.** _____,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Debt Owed | | | | |
| **Warren E. Mahoney** <br> **18260 Lindenwood** <br> **Wildwood, IL 60030** | - | | | | | | **37.21** |
| Account No. | | | Notice Only | | | | |
| **WASAU** <br> **1431 Opus Place, Suite 300** <br> **Downers Grove, IL 60515** | - | | | | | | **0.00** |
| Account No. | | | Notice Only | | | | |
| **Wausau Benefits** <br> **PO Box 8013** <br> **Wausau, WI 54402** | - | | | | | | **0.00** |
| Account No. | | | Notice Only | | | | |
| **Wausau Underwriters** <br> **PO Box 245037** <br> **Milwaukee, WI 53224** | - | | | | | | **0.00** |
| Account No. | | | Notice Only | | | | |
| **WEA Trust** <br> **PO Box 7338** <br> **Madison, WI 53707** | - | | | | | | **0.00** |

Sheet no. __103__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **37.21**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Drexler Family Practice, S.C.**                                    ,      Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**WEA Trust**<br>**PO Box 8220**<br>**Madison, WI 53708** | | - | | Notice Only | | | | 0.00 |
| Account No.<br><br>**Wells Fargo TPA**<br>**PO Box 3262**<br>**Charleston, WV 25332** | | - | | Notice Only | | | | 0.00 |
| Account No.<br><br>**Wendy Russo**<br>**1899 Heron View**<br>**Round Lake, IL 60073** | | - | | Debt Owed | | | | 20.00 |
| Account No.<br><br>**Westbend Mutual**<br>**1900 S. 18th Avenue**<br>**West Bend, WI 53095** | | - | | Notice Only | | | | 0.00 |
| Account No.<br><br>**Westfield Insurance**<br>**2325 Dean Street, Suite 100**<br>**Saint Charles, IL 60175** | | - | | Notice Only | | | | 0.00 |

Sheet no. **104** of **106** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **20.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Drexler Family Practice, S.C.** _____,    Case No. _____
                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Debt Owed | | | | |
| Wilken Benjamin 1018 Evergreen Street Mundelein, IL 60060 | - | | | | | | | 202.00 |
| Account No. | | | | Debt Owed | | | | |
| William A. McPhillips 33535 N. Royal Oak Lane #106 Grayslake, IL 60030 | - | | | | | | | 0.25 |
| Account No. | | | | Debt Owed | | | | |
| William E. Jackel Jr. 115 E. Hawthorne Blvd. Mundelein, IL 60060 | - | | | | | | | 66.37 |
| Account No. | | | | Debt Owed | | | | |
| William E. Taylor 37625 Charlotte Drive Wadsworth, IL 60083 | - | | | | | | | 15.00 |
| Account No. | | | | Debt Owed | | | | |
| William J. Graham 3237 Whirlway Court Grayslake, IL 60030 | - | | | | | | | 2.16 |

Sheet no. __105__ of __106__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          285.78

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Drexler Family Practice, S.C.** _____ ,    Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Debt Owed | | | | |
| **William Sawitz** **1013 Kendall Street** **Geneva, IL 60134** | - | | | | | | 879.00 |
| Account No. | | | Notice Only | | | | |
| **Wisconsin Physician Service** **PO Box 8190** **Madison, WI 53708** | - | | | | | | 0.00 |
| Account No. | | | Debt Owed | | | | |
| **Youngsook S. Namkoong** **327 Winding Trail Circle** **Round Lake, IL 60073** | - | | | | | | 7.03 |
| Account No. | | | Debt Owed | | | | |
| **Yves Jean M. Petitcolas** **33329  Valleyview Drive** **Grayslake, IL 60030** | - | | | | | | 19.69 |
| Account No. | | | Debt Owed | | | | |
| **Zane R. Williamson** **17810 Carriage Crossing Lane** **Cypress, TX 77429** | - | | | | | | 20.00 |

Sheet no. __106_ of __106_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 925.72 |
| Total (Report on Summary of Schedules) | 1,312,805.44 |

B6G (Official Form 6G) (12/07)

.

In re    **Drexler Family Practice, S.C.**                                        ,    Case No. _____
                                   Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **ACURA FINANCIAL SERVICES**<br>**C/O C T CORPORATION SYSTEM**<br>**208 SO LASALLE ST, SUITE 814**<br>**CHICAGO, IL 60604** | **Lease of 2010 Acura MDX; Debtor is lessee** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    **Drexler Family Practice, S.C.** _____,    Case No. _____
                                                        Debtor

# SCHEDULE H - CODEBTORS

 Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
|  |  |

**0**
____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Drexler Family Practice, S.C.** _____      Case No. _____
                                           Debtor(s)          Chapter    **7** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**117**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **July 10, 2012** _____      Signature   **/s/ David M. Drexler** _____
                                                          **David M. Drexler**
                                                          **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Drexler Family Practice, S.C.**  

Case No. _____

Debtor(s)  

Chapter **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| **$463,067.00** | **2012 YTD: Partnership/S Corporation Income** |
| **$1,656,394.00** | **2011: Partnership/S Corporation Income** |
| **$1,625,669.00** | **2010: Partnership/S Corporation Income** |

---

**2. Income other than from employment or operation of business**

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT        SOURCE

#### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

#### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

#### 5.  Repossessions, foreclosures and returns

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**6. Assignments and receiverships**

None ■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **LEDFORD & WU**<br>**200 S. Michigan Avenue, Suite 209**<br>**Chicago, IL 60604-2406** | **2012** | **$5,000.00** |

**10. Other transfers**

None ☐
a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Jarzabek**<br>**Unknown**<br>**None** | **5/21/2012** | **2002 Sea Ray 220SL boat sold for $13,295.01** |

4

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Various**<br><br>**None** | **June 1-2, 2012** | **Furniture auction conducted by Nostalgia Estate Sales.  Gross sale proceeds: $12,938.50.  Net proceeds: $8,955.33** |
| **Sam Yagan**<br>**1232 N. Damen**<br>**Chicago, IL 60622**<br>**None** | **3/3/2011** | **100 E. Huron, Unit 2404, Chicago, IL 60611**<br>**Net sale proceeds: $62,086.97** |
| **Christopher & Pilar Norenberg**<br>**400 Indian Run Rd.**<br>**Avondale, PA 19311**<br>**None** | **6/27/2012** | **22405 N. Prairie Lane, Kildeer, IL 60047**<br><br>**Sale price: $860,000.  Net proceeds: $72,386.75 ($30,000 is claimed as exempt)** |

None
■    b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
☐    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Davis Fund**<br>**2949 E. Elvira rd, Ste 101**<br>**Tucson, AZ 85756** | **Investment account** | **Closed 5/17/2012.  Balance: $8,458.15** |
| **American Funds**<br>**P.O. Box 6007**<br>**Indianapolis, IN 46206** | **Investment account** | **Closed 5/2012.  Balance: $9,168.21** |

**12.  Safe deposit boxes**

None
■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

5

---

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER          DESCRIPTION AND VALUE OF PROPERTY          LOCATION OF PROPERTY

---

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                              NAME USED                              DATES OF OCCUPANCY

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **DREXLER FAMILY PRACTICE, S.C.** | **36-4452171** | **ATTN: DAVID M DREXLER 1643 NORTHWIND BLVD LIBERTYVILLE, IL 60048** | **Medical Practice** | **6/15/2001-present (no longer operating)** |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                              ADDRESS

       The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

       *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                    DATES SERVICES RENDERED
**Kessler, Orlean, Silver & Co. P.C.**                       **8/20/2001-present**
**1101 Lake Cook Rd., Suite C**
**Deerfield, IL 60015**

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None
☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                     ADDRESS
**Kessler, Orlean, Silver & Co. P.C.**                                  **1101 Lake Cook Rd., Suite C**
                                                                 **Deerfield, IL 60015**

7

None ■  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                        DATE ISSUED

---

### 20. Inventories

None ■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY            INVENTORY SUPERVISOR            DOLLAR AMOUNT OF INVENTORY
(Specify cost, market or other basis)

None ■  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                          NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS            NATURE OF INTEREST            PERCENTAGE OF INTEREST

None ☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS            TITLE            NATURE AND PERCENTAGE OF STOCK OWNERSHIP

**David M. Drexler**          **President**          **100% ownership**
**2787 Pillsbury Way**
**Wellington, FL 33414**

---

### 22 . Former partners, officers, directors and shareholders

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                          ADDRESS                          DATE OF WITHDRAWAL

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS            TITLE            DATE OF TERMINATION

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,              DATE AND PURPOSE                AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR     OF WITHDRAWAL                   OR DESCRIPTION AND
VALUE OF PROPERTY

8

**24. Tax Consolidation Group.**

None
■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■
If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  __July 10, 2012__                    Signature   __/s/ David M. Drexler__
                                                        **David M. Drexler**
                                                        **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Drexler Family Practice, S.C.**

Debtor(s)

Case No.

Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ **5,000.00** |
| Prior to the filing of this statement I have received | $ **5,000.00** |
| Balance Due | $ **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Preparation and filing of bankruptcy petition; attending meeting of creditors; exemption planning; negotiation of reaffirmation agreements; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods; motions for relief from stay**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Adversary proceedings; conversion; post-discharge litigation; appeals**
    **In a Chapter 7 case: redemption, judicial lien avoidance, amending a petition, list, schedule or statement postpetition not due to counsel's fault, and attending additional creditors' meetings due to the debtor's failure to appear at the first meeting without a good reason or prior notice.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **July 10, 2012**

**/s/ Xiaoming Wu ARDC No.**
**Xiaoming Wu ARDC No. 6274335**
**LEDFORD & WU**
**200 S. Michigan Avenue, Suite 209**
**Chicago, IL 60604-2406**
**(312) 294-4400  Fax: (312) 294-4410**
**notice@ledfordwu.com**

**LEDFORD & WU**
200 S. Michigan Ave., Suite 201, Chicago, IL 60604
(312)294-4405  Fax: (312)294-4410

FOR OFFICE USE (7)
Responsible attorney:

# ATTORNEY RETENTION CONTRACT

**1. Parties.** In this contract, "Client" means the undersigned, both individually and jointly; "Attorney" means the law firm of Ledford & Wu and its staff attorneys. This contract shall supersede any prior contracts and agreements between the parties to the extent of inconsistency.

**2. Services:** Client retains Attorney for the following services:
☑ Chapter 7 (liquidation)  ☐ Chapter 13 (debt adjustment)  ☐ Chapter 11 (reorganization)  ☐ Other (specify): _____

**3. Scope of Representation:**
(a) Attorney will counsel and represent Client in all aspects of the above matter(s) for the fee specified in Paragraph 4 EXCEPT: (1) adversary proceedings; (2) § 722 redemption; (3) judicial lien avoidance; (4) post-discharge litigation; (5) appeals; (6) other: _____
(b) Attorney may agree, but is not obligated, to represent Client in the above excluded matters for an additional fee, to be agreed upon separately by the parties:

**4. Fees:**                                $ 306
☑ Chapter 7: $ ___5000___ PLUS $299 filing fee (court cost)
☐ Chapter 13: $ _____ PLUS $274 filing fee (court cost) (an additional Model Retention Agreement may apply)
☐ Chapter 11 or ☐ Other (specify): _____): $ _____ PLUS $ _____ filing fee (court cost)
☐ Expenses: $ _____ (merged credit report, credit counseling, debtor education, postage and copying)
    TOTAL: $ _5000 ++_ less retainer received: $ _5000 ++_ Fee balance: $ __0__ To be paid by: _____
    The legal fee is an ☑ advance payment retainer ☐ security payment retainer ☐ classic retainer, and is a flat fee unless otherwise stated. Attorney is unable to represent Client without receiving an advance payment retainer since a security retainer will be within the reach of Client's creditors. Should hourly billing be necessary, Attorney's billing rates are $300-$350/hour for senior partners, $250/hour for junior partners and associates, and $90/hour for law clerks. The filing fee and expenses are subject to change at any time. The billing rates are subject to an annual review and potential increase every calendar year.
    The legal fee covers the initial consultation and all subsequent work. The case may be closed if the fees are not paid by the deadline. Additional legal fees and court costs may apply, and a separate contract may be required, in the event of extended evidentiary hearings, conversion from one chapter to another, amending a petition, list, schedule or statement post-filing not due to Attorney's fault, attending additional creditors' meetings, reopening of a closed case, unnecessary work caused by Client's delay, or any other fact not known to Attorney in writing at the time of the initial consultation that complicates the case. NSF checks will be assessed a $20 fee.

**5. Initial Consultation.** Client acknowledges that Attorney has explained the following (please initial):
_DD_____ The options of Chapter 7 and Chapter 13 and that Client has made the choice identified in Paragraph 2
_DD_____ The concepts of exemption, discharge and dischargeability, and pre-filing and post-filing procedures
_DD_____ The difference among various types of retainer and that Client has made the choice identified in Paragraph 4
_DD_____ *TIME IS OF THE ESSENCE. Any delay on Client's part may disqualify Client for the type of relief elected or otherwise adversely affect Client's case. Attorney may not be able to file the case, or take other necessary actions, until all requested documents and/or information, including but not limited to a certificate of credit counseling, are received by Attorney*
_____ Other (specify): _____
Client understands that the advice given during the initial consultation is preliminary and based on the information available at the time, and may change as the case is further analyzed, more facts discovered, or Client's circumstances or the law changed.

**6. Client's Duties.** Client agrees, during the course of representation, to:
(a) provide Attorney with full, accurate and timely information, financial and otherwise;
(b) follow Attorney's procedures and cooperate with Attorney in providing requested documents;
(c) promptly inform Attorney of any change of address, phone number, e-mail address or employment, or activation of military duty;
(d) inform Attorney before buying, selling, refinancing or transferring any real property in which Client has any interest, and before incurring any new debt, including but not limited to applying for an auto loan, personal loan, payday loan or title loan, applying for a credit card or line of credit, or using an existing credit card or line of credit; and
(e) promptly inform Attorney if Client becomes entitled to an inheritance, an asset as a result of a property settlement agreement with Client's spouse or a divorce decree, life insurance proceeds, or a monetary judgment, award or settlement.

**7. Co-counsel.** Client understands that more than one attorney may work on this case. Where necessary, Client agrees to employ one or more of the following outside counsel, at Attorney's expense, to work on this case: Alexandra B. Lewycky, Kathleen W. Vaught, Christina M. L. Lass, Kelly M. Johnson, Wayne J. Skelton, Arturo P. Gonzalez, David L. Davitt, Gary C. Flanders, David Hall Carter, and _____.

**8. Termination.** Client may discharge Attorney at any time, subject to payment of any fee owed for the services already rendered. Attorney may terminate the representation as permitted by the Illinois Rules of Professional Conduct and Local Bankruptcy Rules. Any flat fee for a bankruptcy case is advance payment for future services, becomes Attorney's property upon receipt, and is nonrefundable upon filing of the petition. In the event the representation is terminated by either party before filing and Client has paid Attorney more than $300, Attorney will provide Client with a detailed itemization of the services rendered in support of any fee charged at the rate set forth in Paragraph 4, Client will reimburse Attorney for any expenses, including those that otherwise would be free of charge, and Client authorizes Attorney to apply the filing fee and any payment for expenses that have not been incurred towards the attorney's fee, subject to the requirements set forth herein.

X _____    X _____    Date: 6 / 22 / 12

Copyright © 2011 Ledford & Wu

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Drexler Family Practice, S.C.**

Debtor(s)

Case No.

Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                    **522**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **July 10, 2012**

**/s/ David M. Drexler**

**David M. Drexler/President**
Signer/Title

A&H Limited Health Claim
PO Box 3726
Seattle, WA 98124


AARP
3200 East Carson Street
Lakewood, CA 90712


Academic Healthplans
c/o True Choice USA
PO Box 700307
Dallas, TX 75370


Accident Fund
Attn: Diane Hanson
PO Box 40790
Lansing, MI 48901


Accordia National
PO Box 3262
Charleston, WV 25332


ACEC/Healthplan Services
PO Box 44109
NE 69116


Acura Financial Services
P.O. Box 105027
Atlanta, GA 30348


Adam M. Whitman
18500 W. Aspen Court
Grayslake, IL 60030


Administrative Concepts, Inc.
994 Old Eagle School Rd, Ste 1005
Wayne, PA 19087


Advanced Rehab Services
325 Roebaar Dr.
Romeoville, IL 60446


AETNA
PO Box 14094
Lexington, KY 40512

AETNA
PO Box 981106
El Paso, TX 79998


AETNA
PO Box 981107
El Paso, TX 79998


AETNA
PO Box 981109
El Paso, TX 79998


AETNA
PO Box 981204
El Paso, TX 79998


AETNA
PO Box 14079
Lexington, KY 40512


AETNA
PO Box 14089
Lexington, KY 40512


AETNA
PO Box 14586
Lexington, KY 40512


AETNA Life Insurance
PO Box 18040
Columbus, OH 43218


AETNA US Healthcare
PO Box 981107
El Paso, TX 79998


AETNA-Chickering Claim Adm.
PO Box 15708
Boston, MA 02215


AFLAC
Attn: Remittance Processing Service
1932 Wynton Rd.
Columbus, GA 31999-0001

Ahmed Dudar
1465 Bell Haven Drive
Grayslake, IL 60030

AIG Claims Services
PO Box 25972
Overland Park, KS 66225

Alan J. Legood
381 S. St. Marys Road
Libertyville, IL 60048

Alan T. Handley
403 Meacham Avenue
Park Ridge, IL 60068

Allied Benefit Systems
PO Box 909786-60690
Chicago, IL 60690

Allied Benefit Systems, Inc.
PO Box 909786-60690
Chicago, IL 60690

Alliednational Globalcare, Inc.
PO Box 247
Alpharetta, GA 30009

Allscripts
2297 Paysphere Circle
Chicago, IL 60674

Allstate Insurance
PO Box 1158
Milwaukee, WI 53201

Allstate Insurance Company
PO Box 481840
Charlotte, NC 28269

Allstate Insurance Company
PO Box 650536
Medpay Central/Market Claim O
Dallas, TX 75265

Ameriben
PO Box 7186
Boise, ID 83707


American Administrative Group
PO Box 93670
Lubbock, TX 79493


American Community PHCS
PO Box 759
Buckeystown, MD 21717


American Express
American Express Special Research
Po Box 981540
El Paso, TX 79998


American Family
20 N. Martingale Road, #400
Schaumburg, IL 60173


American Family Insurance
PO Box 6750
Libertyville, IL 60048


American Honda Finance
2170 Point Blvd., Suite 100
Elgin, IL 60123


American Insurance Administrative
PO Box 1149
Columbus, OH 43216


American International Companie
PO Box 15701
Wilmington, DE 19850


American International Group
PO Box 249
Lombard, IL 60148


American Medical Security
PO Box 19032
Green Bay, WI 54307

American National Sprinkler
924 Turret Ct.
Mundelein, IL 60060

American Republic Ins. Co.
PO Box 2975
Clinton, IA 52733

Amerihealth Administrators
720 Blair Mill Road
Horsham, PA 19044

Angie A. Manousaridis
420 Kerry Way
Grayslake, IL 60030

Anita C. Gonzalez
PO Box 9 209 Cedar Avenue
Lake Villa, IL 60046

Anti-microbial Therapy
11771 Lee Hwy
P.O. Box 276
Sperryville, VA 22740

AS Medication Solns
P.O. Box 8
Fremont, NE 68026

Associates For Heath Care, Inc.
PO Box 981
Brookfield, WI 53008

Assurant Health
PO Box 2806
Clinton, IA 52733

Assurant Health
P.O. Box 981602
El Paso, TX 79998

Assurant Health
P.O. Box 2877
Clinton, IA 52733

Assured Assistance, Inc.
PO Box 19092
Greenville, SC 29602


Auxiant
PO Box 909991
Milwaukee, WI 53209


AVMA Group Health & Life Insurance
PO Box 909720
Chicago, IL 60690


Barbara  Kodlubanski
947 Manchester Circle
Grayslake, IL 60030


Basma Raclin
2893 Falling Waters
Lake Villa, IL 60046


Benefit Administrative Systems
17475 Jovanna Drive, Suite 1B
Homewood, IL 60430


Benefit Concepts
PO Box 60608
King of Prussia, PA 19406


Benefit Planners
PO Box 690450
San Antonio, TX 78269


Benefit Systems & Services I
760 Pasquinelli Drive
Westmont, IL 60559


Benemax
PO Box 950
Medfield, MA 02052


Benesight
PO Box 370
Pueblo, CO 81002

Besse Medical
1576 Solutions Circle
Chicago, IL 60677


Blue Cross Blue Shield
PO Box 805107
Chicago, IL 60680


Blue Cross Blue Shield of Illinois
300 E. Randolph St.
Chicago, IL 60601


Bridget Mabon
2956 Falling Waters Lane
Lindenhurst, IL 60046


Broadspire
Attn: Carolyn Karnes-Adjuster
PO Box 681519
Schaumburg, IL 60168


BSN Medical
P.O. Box 75166
Charlotte, NC 28275


Cambridge Insurance
PO Box 94950
Cleveland, OH 44101


Cambridge Intergrated Services G
175 W. Jackson Blvd
Suite 1000
Chicago, IL 60604


Caremark
PO Box 29005
Phoenix, AZ 85038


Carl D. Oswald
345 Moore Court 1C
Grayslake, IL 60030


Carl J. Schmitz
1008 Concord Circle
Mundelein, IL 60060

Carolyn Marshall
32020 N. Pine Ave.
Grayslake, IL 60030


Catridge World
1316 S. Milwaukee
Libertyville, IL 60048


CBCA Care Management
PO Box 902
Beattyville, KY 41311


CCMSI / 22236
PO Box 1430
Danville, IL 61834


CCN Managed Care
PO Box 5319
Tampa, FL 33675


Celtic Individual Health
PO Box 06410
Chicago, IL 60606


Certegy Payment Recover Serv.
11601 Roosevelt Blvd,
St. Petersburg, FL 33716


Chad Phipps
402 Reagan Road
Grayslake, IL 60030


Charles Bourgeois
644 Stuart Street
Grayslake, IL 60030


Charter One
1 Citizens Drive
Riverside, RI 02915


Chase
P.o. Box 15298
Wilmington, DE 19850

Chatwins Healthcare
11 Stanwix Street, Suite 1414
Pittsburgh, PA 15222

Christian Brothers Employee Ben
1205 Windham Parkway
Romeoville, IL 60446

Christine J. Nitzschke
1809 Country Drive, Apt 103
Grayslake, IL 60030

Christine Rich
18427 Springwood Drive
Grayslake, IL 60030

Christopher G. Sutherland
49 West Big Horn Drive
Hainesville, IL 60073

Christopher J. Farrell
734 Liberty Bell Lane
Libertyville, IL 60048

Chubb Insurance
233 S. Wacker Drive, Ste 4700
Chicago, IL 60606

Cigna
PO Box 29000
Atlanta, GA 30359

Cigna
PO Box 3025
Bourbonnais, IL 60914

Cigna
PO Box 5200
Scranton, PA 18505

Cigna Claims
PO Box 182223
Chattanooga, TN 37422

Cigna Healthcare
PO Box 15408
Wilmington, DE 19850


Cigna Healthcare
PO Box 188027
Chattanooga, TN 37422


Cigna Healthcare
PO Box 780
Hartford, CT 06142


Cigna Healthcare
PO Box 2100
Bourbonnais, IL 60914


Cigna International
PO Box 15050
Wilmington, DE 19850


Cindy Madson
73 Bedford Road
Mundelein, IL 60060


City of Evanston
Attn: Robert Gustafson
2100 Ridge Avenue
Evanston, IL 60201


Claim Management Consultants
3325 N. Arlington Hts Rd., 500A
Arlington Heights, IL 60004


Claims Management Inc.
PO Box 1288
Mailstop 3540
Bentonville, AR 72712


Claims Management Services-Firs
PO Box 10888
Green Bay, WI 54307


Classic Printery
336 W. Main St.
Round Lake, IL 60073

Clayton Klchosky
23624 Rita Drive
Harvard, IL 60033


Cobraserv
PO Box 534099
Saint Petersburg, FL 33747


Cofinity
PO Box 2720
Saint Petersburg, FL 33747


Comcast
Po Box 3001
Southeastern, PA 19398


ComEd
Bill Payment Center
Chicago, IL 60668


ComEd.Co
2100 Swift Road
Bankruptcy Dept/System Credit
Oak Brook, IL 60523


Concentra
PO Box 21607
Tampa, FL 33622


Concert Health Plan
2605 W. 22nd Street, Suite 25
Oak Brook, IL 60523


Conneticut General
PO Box 55270
Phoenix, AZ 85078


Conseco Health Insurance Company
PO Box 2024
Carmel, IN 46082


Conseco Insurance Company
PO Box 2034
Carmel, IN 46082

Continental General Insurance
PO Box 247004
Omaha, NE 68124


Coresource
PO Box 83301
Lancaster, PA 17608


Coresource
PO Box 2920
Clinton, IA 52733


Coresource PHCS
146 Industrial Park
Lake Benton, MN 56149


Country Faire Village Apt.
Attn: Yolanda Fierro
1900 Country Drive
Grayslake, IL 60030


Country Life Insurance Co.
Health Claims Dept.
PO Box 2000
Bloomington, IL 61702


County of Lake College
19351 W. Washington Street
Attn: Chad Good
Grayslake, IL 60030


Covenry Health Care
PO Box 8400
London, KY 40742


CSSC Workers Comp.
PO Box 3205
Attn: Dan Jachim
Naperville, IL 60566


CUNA Mutual Group
5810 Mineral Point Road
Madison, WI 53705

Custom Benefits Administrators
PO Box 549023
Dallas, TX 75354


Cynthia M. Roniss
1722 W. Turtle Creek Lane
Round Lake, IL 60073


Dan Hedger
322 Buckingham Drive
Grayslake, IL 60030


Daniel A. Pocius
6412  112th Avenue
Kenosha, WI 53142


Data Works
164 Division St., Suite 507
Elgin, IL 60120


David Foo
300 Harding Ave.
Libertyville, IL 60048


David Hancock
5119 Wonder Woods Road
Wonder Lake, IL 60097


David K. Cline
332 Park Avenue
Grayslake, IL 60030


David M. Neal
1409 Andover Drive
Mundelein, IL 60060


David Peterson
1152 Hedgerow
Grayslake, IL 60030


David T. Peterson
1152 Hedgerow Drive
Grayslake, IL 60030

Dean Health Plan
PO Box 56099
Madison, WI 53705


Deborah Healy
1718 Lehman Aavenue
Algonquin, IL 60102


Definity Health
PO Box 9525
Buffalo, NY 14226


Delage Landen
P.O. Box 41602
Philadelphia, PA 19191


Delphi Claims Administrator
PO Box 29
Fox River Grove, IL 60021


Deseret Mutual
PO Box 45530
Salt Lake City, UT 84145


Destiny Health
PO Box 9219
Oak Brook, IL 60523


Difinity Health UHC
PO Box 740810
Atlanta, GA 30374


Discover Financial Services
Attention: Bankruptcy Department
Po Box 3025
New Albany, OH 43054


Donna  Goss
9817 278th Avenue
Trevor, WI 53179


Donna M. Sumner
6480 Lockwood Lane
Gurnee, IL 60031

Doris Williams
1716 Brentwood Drive
Round Lake, IL 60073


Douglas E. Gibson
365 Charles Drive
Antioch, IL 60002


Edward Infante
115 W. Newbridge Lane
Round Lake, IL 60073


Eileen Soto
5722 Clover Lane
Greendale, WI 53129


Elizabeth Rehberg
33513 Cherokee Court
Grayslake, IL 60030


Elliot Construction
21 W. 171st Hill Avenue
Glen Ellyn, IL 60137


Elsie C. Souder
190 S. Winthrop Avenue
Round Lake, IL 60073


Employee Benefit Services of LO
PO Box 94488
Lubbock, TX 79493


Equal Access Health
600 Sixth Flags Dr.
Arlington, TX 76011


Eric C. Meyer
1359 W. Thorndale Avenue
Chicago, IL 60660


Eric F. Janus
18955 Old Plank Road
Grayslake, IL 60030

Farmers Insurance
406 No. Hough St., 2nd Floor
Barrington, IL 60010

Federated Mutual Insurance Comp
PO Box 60487
Indianapolis, IN 46250

Feterated Ins. Mailcode-HS 05
PO Box 50487
Indianapolis, IN 46250

Fire and Security Systems
516 W. Campus Dr.
Arlington Heights, IL 60004

First Health
PO Box 11747
Tucson, AZ 85734

First Health
PO Box 2083
Nashua, NH 03061

First Health Direct
PO Box 8400
London, KY 40742

First Health Network
PO Box 14610
Lexington, KY 40512

First Health Network
PO Box 23189
Tucson, AZ 85734

Fiserv Health
PO Box 8013
Wausau, WI 54402

Fiserve Health
PO Box 450
Pueblo, CO 81002

Footway
6131-C Lakeworth
Lake Worth, FL 33463


Foresight, Inc.
PO Box 535909
Grand Prairie, TX 75053


Forethought Life Insurance
PO Box 14659
Clearwater, FL 33766


Forethought Life Insurance
PO Box 981721
El Paso, TX 79998


Fortis Insurance
PO Box 624
Milwaukee, WI 53201


Fortis Insurance Company
501 W. Michigan
PO Box 624
Milwaukee, WI 53201


Fortis/Assurant Insurance Company
PO Box 39065
Milwaukee, WI 53201


Foundation Benefits Administration
6300 Bridgeport Parkway
Bld 3, Suite 400
Austin, TX 78730


Fox Valley Fire & Safety
2730 Pinnacle Way
Elgin, IL 60124


Fred Fischer
1338 Woodside Court
Grayslake, IL 60030


Frederick Fath
PO Box 1
Lake Villa, IL 60046

Frontpath
PO Box 5810
Troy, MI 48007


Fuchs & Roselli, Ltd
400 S. Knoll St., Suite A
Wheaton, IL 60187


GAB Robins
1 Oakhill Center, Suite 201
Westmont, IL 60559


Gabriel Ochoa
207 S. Butrick Street
Waukegan, IL 60085


Gallagher Bassett
PO Box 5220
Oak Brook Terrace, IL 60181


Gallagher Bassett
Attn: Chris Tortorella
PO Box 4000
Schaumburg, IL 60168


Gallagher Bassett UA
PO Box 4000
Schaumburg, IL 60168


Gallagher Benefit Administrator
PO Box 5227
Lisle, IL 60532


GAP
P.O.Box 530942
Atlanta, GA 30353-0942


GEHA
PO Box 4665
Independence, MO 64051


Geico
1 Geico Center
Macon, GA 31296

Gemb/select Comfort
Attn: GEMB
Po Box 103104
Roswell, GA 30076


General Casualty
PO Box 450
Freeport, IL 61032


General Injectables & Vaccines
P.O. Box 223028
Pittsburgh, PA 15251


Genzyme Biosurgery
P.O. Box 223122
Pittsburgh, PA 15251


Glencoe Post Office
336 Hazel Road
Glencoe, IL 60022


Globe Life and Accident Ins.
PO Box 8080
McKinney, TX 75070


Golden Rule Insurance Co.
712 Eleventh Street
Lawrenceville, IL 62439


Great West
1000 Greatwest Drive
Kennett, MO 63857


Great West Healthcare/Cigna
1000 Great West Drive
Kennett, MO 63857


Greg F. Puerkel
628 Robin Court
Grayslake, IL 60030


Group & Pension Admin.
PO Box 830248
Richardson, TX 75083

Group Administrators, LTD
450 East Remington Road
Schaumburg, IL 60173

Group Administrators, LTD
PO Box 95600
Hoffman Estates, IL 60195

Guardian
PO Box 8007
Appleton, WI 54913

Guardian
PO Box 8019
Appleton, WI 54912

Guardian
PO Box 423
East Bridgewater, MA 02333

Guardian PHCS
PO Box 4628
Hinsdale, IL 60522

Harold R. Goodwin
226 Stillwater Drive
Hainesville, IL 60030

Harris Bank
Bankruptcy Department
PO Box 5037
Rolling Meadows, IL 60008-5037

Hartford Insurance
P.O.Box 14170
Lexington, KY 40512

Health EOS/Multiplan
PO Box 6090
De Pere, WI 54115

Health New England
One Monarch Place, Suite 1500
Indian Orchard, MA 01151

Healthlink
PO Box 419104
MO 63741


Healthnet Commercial Claims
PO Box 14702
Lexington, KY 40512


Healthnetwork Golden Rule Ins.
PO Box 200037
Arlington, TX 76006


Herbert J. Spahr
421 Eagle Point Landing
Eureka, MO 63025


HFN3428
PO Box 3428
Hinsdale, IL 60522


Honda Financial Services
PO Box 5308
Elgin, IL 60121-5308


Humana
PO Box 14602
Lexington, KY 40512


Humana Claims
PO Box 14610
Lexington, KY 40512


Humana Claims Office
PO Box 14635
Lexington, KY 40512


Humana Claims Office
PO Box 14601
Lexington, KY 40512


Humana Gold Office
PGBA Claims & Correspondence
Florence, SC 29502

Humana HMO
PO Box 14601
Lexington, KY 40512


IADA Claims Administration
PO Box 3583
Springfield, IL 62708


Ian A. Giles
1985 Meadowview Drive
Round Lake, IL 60073


Ice Mountain Direct
6661 Dixie Hwy, Ste 4
Louisville, KY 40258


Ilango Ramachandran
529 Arlington Lane
Grayslake, IL 60030


Illinois Dept. of Transportation
Attn: Workers Compensation
201 W. Center Court
Schaumburg, IL 60196


Illinois Secretary of State
2701 W. Dirksen Parkway
Springfield, IL 62723


Illinois Secretary of State
3701 Winchester Rd.
Springfield, IL 62707


Image Systems and Business
1776 commerce Dr.
Elk Grove Village, IL 60007


Indiana Insurance Company
PO Box 1967
Indianapolis, IN 46206


Ingenix
P.O. Box 27116
Salt Lake City, UT 84127

Insurance Center
PO Box 982009
North Richland Hills, TX 76182


Insurance Center
PO Box 982017
North Richland Hills, TX 76182


J.F. Molloy & Assoc., Inc.
PO Box 68947
Indianapolis, IN 46268


James Staley
219 Denise Drive
Round Lake, IL 60073


Jamie Wamsley
168 Park Place
Grayslake, IL 60030


Jeanne Micucci
308 Normandy Lane
Grayslake, IL 60030


Jeff A. Goldberg
1106 Prairie Trail
Grayslake, IL 60030


Jeff Wilcox
1638 S. Amarias
Round Lake, IL 60073


Jeff Wilcox
44 Cambridge Ct.
Anderson, IN 46012


Jeffrey Brennan
201 S. Stewart Avenue
Libertyville, IL 60048


Jeffrey Frye
18366 Meander Drive
Grayslake, IL 60030

Jeffrey M. Burkart
34224 Goldenrod Road
Round Lake, IL 60073


Jeffrey Paronto
37238 Twin Oaks Drive
Lake Villa, IL 60046


Jeffrey Paronto
33678 No. Lake Shore Drive
Grayslake, IL 60030


Jeffrey Wilcox
1638 S. Amarias
Round Lake, IL 60073


Jenna L. Schindler
1033 S. Arlington Court
Round Lake, IL 60073


Jennifer A. Kovacs
1511 Shermer Road
Northbrook, IL 60062


Jeremy Lesser
12 Victory Parkway
Crystal Lake, IL 60014


Jeri A. Graham
43015 N. Lake Avenue
Antioch, IL 60002


Jewel Foods Stores
1501 S. Lake Street
Attn: Joe Kubiak
Mundelein, IL 60060


John Alden LIfe Insurance Company
PO Box 42034
Hazelwood, MO 63042


John Alden Life Insurance Company
PO Box 1599
Boise, ID 83701

John Hickey
PO Box 10
West Union, SC 29696


Joseph W. Aeverman
33664 Gages Lake Drive
Grayslake, IL 60030


Joyce Robison
1812 Sussex Walk
Schaumburg, IL 60195


Judy Sheilds
1127 Woodrige
Round Lake, IL 60073


Kathleen Porter
389 York Drive
Grayslake, IL 60030


Kelly E. Pehler
34291 N. Old Walnut Circle
Gurnee, IL 60031


Kessler Orlean & Silver
1101 Lake Cook Rd.
Deerfield, IL 60015


Kevin Locke
5518 22nd Avenue
Kenosha, WI 53140


Kimberlee Washburn
1913 W. Cullom Avenue, #1
Chicago, IL 60611


Kimberly Peresunko
700 Weidner Road, 205
Buffalo Grove, IL 60089


Kristy A. Otterbein
1208 Manchester Drive
Mundelein, IL 60060

Kurt Cassin
1757 Fairport Drive
Grayslake, IL 60030


Laborers Pension & Welfare FU
Attn: Claims Dept
11465 W. Cermak
Westchester, IL 60154


Laborers Welfare Fund
11465 W. Cermak Road
Westchester, IL 60154


Lake County Collector
18 N. County Street
Room 102
Waukegan, IL 60085


Laura Howdle
611 W. Brittany Drive
Arlington Heights, IL 60004


Leah Brock
4814 Middle Road
Gurnee, IL 60031


Leslie Miranda
2827 W. Glenflora Avenue, Apt 308
Waukegan, IL 60085


Liberty Mutual
1000 N. Plaza, 7th Floor
Schaumburg, IL 60173


Liberty Mutual
PO Box 967900
Schaumburg, IL 60196


Libertyville Centre Condo Assn.
1635 Northwind Blvd.
Libertyville, IL 60048


Lisa Maratea
365 Longhill Road
Gurnee, IL 60031

Lisa Poray
336 Big Horn Drive
Hainesville, IL 60030


Local 701 Welfare Fund
500 W. Plainfield Road
La Grange, IL 60525


Lori L. Benjamin
1018 Evergreen Street
Mundelein, IL 60060


Lubov Mozolev
357 Behm Drive
Grayslake, IL 60030


Lumenos
PO Box 69309
Harrisburg, PA 17106


Lynn Salisbury
16700 W. Apple Lane
Gurnee, IL 60031


Maksin Management
PO Box 2647
Camden, NJ 08101


Marilyn Matthes
39825 Crabapple Drive
Antioch, IL 60002


Mark G. Anderson
410 Sommerset
Grayslake, IL 60030


Mark Martin
1284 Hedgerow Drive
Grayslake, IL 60030


Mark Ruhlmann
989 Shooting Star Road
Grayslake, IL 60030

Mark Schultz
13025 W. Wall Avenue
Waukegan, IL 60085


Martha J. Cedillo
1215 Pheasant Run
Zion, IL 60099


Mary Merlock
320 Prairie Avenue
Winthrop Harbor, IL 60096


Matthew & Associates
870 E. Higgins Rd.
Schaumburg, IL 60173


McKesson Med/Surg.
P.O. Box 740215
Cincinnati, OH 45274


Medco Supply Co.
21773 Netword Place
Chicago, IL 60673


Medical Arts Press
P.O. Box 37647
Philadelphia, PA 19101


Medical Assoc. Health Plans
1605 Associates Drive, Suite 101
PO Box 5002
Dubuque, IA 52004


Medical Benefit Administrators
PO Box 909991
Milwaukee, WI 53209


Medical Mutual
PO Box 94776
Cleveland, OH 44101


Medical Outfitters
P.O. Box 85073
Chicago, IL 60680

Medicare
PO Box 4433
Marion, IL 62959


Medicare Secondary
PO Box 4433
Marion, IL 62959


Mega Health & Health Insurance
PO Box 981606
El Paso, TX 79998


Megan C. Blazincic
2915 Kingston Drive
Island Lake, IL 60042


Melissa D. Cortez
920 Highgate Lane
Grayslake, IL 60030


Merck and Co.
P.O. Box 5254
Carol Stream, IL 60197


Meritain Health
PO Box 27267
Minneapolis, MN 55427


Metro Rish Mgmt Agency
Attn: Eileen Devine
420 W. Dempster Street
Mount Prospect, IL 60056


Michael Battaglia
55 N. Caribou Drive
Grayslake, IL 60030


Michael J. Earl
15 Woodland Avenue
Fox Lake, IL 60020


Michael J. Firca
PO Box 5347
Vernon Hills, IL 60061

Michael Labruyere
60 Fairfeild Road
Lindenhurst, IL 60046


Michael McCully
484 Mitchell Drive
Grayslake, IL 60030


Michael R. Ley
464 Dublin Drive
Mundelein, IL 60060


Michael W. Welsek
600 Crabtree Court
Lindenhurst, IL 60041


Midwest Security PHCS
2700 Midwest Drive
Onalaska, WI 54650


Miguel Menendez
1203 New York Street
Waukegan, IL 60085


Mike J. Werner
893 Essex Circle
Grayslake, IL 60030


Missionay Medical
PO Box 45730
Salt Lake City, UT 84145


Mitchell Reyes
265 W. Newbridge Lane
Round Lake, IL 60073


Motorola Health Advantage Plan
PO Box 29005
Grandin, ND 58038


Mueller Sports Medicine
Lock Box 78356
Milwaukee, WI 53278

Mutual Omaha Supp
Mutual Plaza
Omaha, NE 68175


NALC Health Plan Benefit
20547 Waverly Court
Ashburn, VA 20149


Nationwide Argibusiness Insurance
1100 Locust, Dept 3010
Des Moines, IA 50391


Nguyen Hue
326 W. Whispering Oaks Ln.
Round Lake, IL 60073


Nicole Gardner
3333 Stratford Court, Unit 2C
Lake Bluff, IL 60044


Nicor
Attention: Bankruptcy & Collections
PO Box 549
Aurora, IL 60507


Nicor Gas
PO Box 2020
Aurora, IL 60507


Nina Austin
62 Seneca Avenue
Hawthorn Woods, IL 60047


Nippon Life Insurance Co. Of Americ
PO Box 39710
Colorado Springs, CO 80949


NIU Student Insurance Office
Health Service Bldg Room 201
DeKalb, IL 60115


Nordic Energy
Lockbox 778240
350 E. Devon Ave.
Itasca, IL 60143

Nordstrom FSB
Attention: Bankruptcy Department
Po Box 6566
Englewood, CO 80155


Norman Padnos
2739 Karen Lane
Glenview, IL 60025


Norman Rich
18427 Springwood Drive
Grayslake, IL 60030


North American Administrators
PO Box 765
Buffalo, NY 14226


North Shore Gas
Prudential Bldg
130 E. Randolph Dr.
Chicago, IL 60601


North Shore Gas
P.O. Box A3991
Chicago, IL 60690


NPPN Wausau Benefits
PO Box 7047
Middletown, NY 10940


Office Depot
PO Box 88040
Chicago, IL 60680


Office of Student Health Insurance
Campus Box 2541
Normal, IL 61790


Onenation Benefit Administrator
PO Box 1268
Columbus, OH 43216


Ovation Medical
P.O. Box 80325
City of Industry, CA 91716

Oxford Health Plans
PO Box 7082
Bridgeport, CT 06601


P.D. Rx Pharmaceuticals
727 Ann Arbor
Oklahoma City, OK 73127


Pacific Life & Annuity Benefit
PO Box 33699
Phoenix, AZ 85067


PAI/Beech Street
PO Box 6702
Columbia, SC 29260


Palmetto GBA
PO Box 10066
Augusta, GA 30999


Paola T. Meinzer
2301 Silver Oaks Drive
Round Lake, IL 60073


Patrick C. Conley
34357 N. Bobolink Terrae
Grayslake, IL 60030


Patti Kolano
1132 Larkdale Lane
Elkhorn, WI 53121


Paul J. Gebherdt
806 Longwood Drive
Lake Villa, IL 60046


Paul J. Souder
190 S. Winthrop Drive
Round Lake, IL 60073


Pediatric Assocs of Arlington Hts
1229 S. Rand Rd.
Lake Zurich, IL 60047

Pension Administrators
1626 W. Colonial Pkwy
Inverness, IL 60067


Performax
PO Box 1065
Buffalo, NY 14226


Performax PHCS
PO Box 61505
King of Prussia, PA 19406


Perkin Life Insurance
PO Box 823
Buckeystown, MD 21717


Perkin Life Insurance Company
2505 Court Street
Pekin, IL 61558


Pete Blackburn
25964 Larkin Lane
Ingleside, IL 60041


PGBA, LLC
Attn: Claims
PO Box 870140
Myrtle Beach, SC 29587


Philadelphia American Life
PO Box 4884
Houston, TX 77210


PHP
PO Box 2359
Fort Wayne, IN 46801


Pier 1 Imports
15150 LaGrange Rd
Orland Park, IL 60462


Pier 1 Imports
P.O. Box 659617
San Antonio, TX 78265

Pipe Fitters Welfare Fund Local
45 N. Ogden Avenue
Chicago, IL 60607

Pitney Bowes
Collections Department
PO Box 856390
Louisville, KY 40285

Plumbers Local 93 Health & Welfare
1000 Burr Ridge Parkway, Ste 200
Willowbrook, IL 60527

Polymedco
P.O. Box 95816
Chicago, IL 60694

Pooja Talaty
201 Autumn Lane
Vernon Hills, IL 60061

PPO Next
PO Box 549023
Dallas, TX 75354

Prairie Creek Owners Association
P.O. Box 4346
Carol Stream, IL 60197

Prairie States Preferred Plan
PO Box 23
Sheboygan, WI 53082

Preferred Care, Inc.
PO Box 1235
Frederick, MD 21702

Principal Life Insurance Co.
PO Box 39710
Colorado Springs, CO 80949

Private Healthcare IAC
PO Box 828
Park Ridge, IL 60068

Private Healthcare Systems
PO Box 2914
Des Plaines, IL 60017

Professional Benefits Administrator
PO Box 4687
Hinsdale, IL 60522

Progressive
9701 W. Higgins Road, Ste 120
Des Plaines, IL 60018

Progressive Benefit Services
PO Box 3440
Peoria, IL 61612

PSS World Medical
62046 Collections Center Dr.
Chicago, IL 60693

Purchasing Power
P.O. Box 37184
Pittsburgh, PA 15250

Quest Diagnostics
PO Box 12989
Chicago, IL 60693

QUEST DIAGNOSTICS LLC
NATIONAL REGISTERED AGENTS INC
200 WEST ADAMS STREET
CHICAGO, IL 60606

Quill Corporation
P.O. Box 37600
Philadelphia, PA 19101

Ramakrishna Yellapantula
1225 Meadowlark Lane
Grayslake, IL 60030

Rapid Fill Ink
116 S. Barron Blvd.
Suite C
Grayslake, IL 60030

Ray C. Harris
218 East Skokie Road
Lake Bluff, IL 60044

RBMS
PO Box 241569
Anchorage, AK 99524

Rebecca Horne
264 Ridge Way Drive
Howard, OH 43028

Religious Comprehensive Trust
1205 Windham Parkway
Romeoville, IL 60446

Richard Renjilian
7125 Brae Court
Gurnee, IL 60031

Richard Wilson-Leigh
208 Garfield Avenue
Libertyville, IL 60048

Richard Yaeger
482 East Cedar Drive
Round Lake, IL 60073

Robert Hindman
207 Penny Lane
Grayslake, IL 60030

Robyn Kernan
434 Donin Drive, Apt 203
Antioch, IL 60002

Roger Kaiser
34231 N. Larkspur Ct.
Round Lake, IL 60073

Ronda Groth
34382 N. Bridle Lane
Gurnee, IL 60031

Safeco
PO Box 461
Saint Louis, MO 63166


Sandra Forster
656 Sierra Place
Gurnee, IL 60031


Sanjay J. Patel
370 W. Savoy Drive
Round Lake, IL 60073


Sarah Kozak
210 Thrush Circle
Lake Villa, IL 60046


Sarah M. Johnson
539 Barron Blvd
Grayslake, IL 60030


Sasan Sadr
292 Jennifer Court
Gurnee, IL 60031


Scott M. Dati
562 Quail Creek Drive
Grayslake, IL 60030


Scott Salomon
1025 Oaktree
Lake Villa, IL 60046


Scottsdale Sonoran Vollas Assn
P.O. Box 105042
Atlanta, GA 30348


Seacrest Services
2400 Centre Park West Dr.
West Palm Beach, FL 33409


Sedgwick AT&T
AT&T Intergrated Disability
PO Box 14627
Lexington, KY 40512

Sedgwick CMS
PO Box 804417
Chicago, IL 60680


Sevencorners
303 Congressional Blvd
Carmel, IN 46032


Sharon Jordan
656 White Crt.
Grayslake, IL 60030


Shred Station Express
14092 Lambs Lane
Libertyville, IL 60048


Smilemakers
P.O. Box 2543
Spartanburg, SC 29304


Sonofi Pasteur
12458 Collection Center Dr.
Chicago, IL 60693


SRS Medbill
PO Box 14205
Lexington, KY 40512


Stanley Steamer
1860 N. Rte 83, Suite120
Attn: Paul Lashuk
Grayslake, IL 60030


Starmark
PO Box 2942
Clinton, IA 52733


Starwood
P.O. Box 2980
Honolulu, HI 96820


Stat HRG
PO Box 55270
Phoenix, AZ 85078

State Farm
PO Box 2362
Bloomington, IL 61702


State Farm Insurance
P.O. Box 680001
Dallas, TX 75368


State Farm Insurance
PO Box 2310
Bloomington, IL 61702


State Farm Insurance
PO Box 2363
Bloomington, IL 61702


State Farm Insurance
PO Box 2350
Bloomington, IL 61702


State Farm Insurance
PO Box 2366
Bloomington, IL 61702


State Farm Insurance
901 Biesterfield Rd, Ste 103
Elk Grove Village, IL 60007


State Farm Mutual Auto
PO Box 2308
Bloomington, IL 61702


State of Illinois
Dept. of Public Aid
PO Box 19105
Springfield, IL 62794


Stephan Lang
67 Rolling Ridge Lane
Lindenhurst, IL 60046


Stericycle
P.O. Box 6575
Carol Stream, IL 60197

Steve Rogers
450 Capital Lane
Gurnee, IL 60031


Steven A. Bigelow
695 Summerlyn Drive
Antioch, IL 60002


Steven E. Barnash
34357 Tangueray Drive
Grayslake, IL 60030


Steven M. Dincognito
26339 N. Walnut Avenue
Mundelein, IL 60060


Strategic Resources Group
PO Box 23759
Columbia, SC 29224


Superien Health Network
PO Box 2388
Stow, OH 44224


Tammy L. VanZante
312 Buckingham Drive
Grayslake, IL 60030


Tammy Pipin
1003 Evergreen Street
Mundelein, IL 60060


TDS Metrocom
P.O. Box 94510
Palatine, IL 60094


The Mail Handlers Benefit Plan
PO Box 24503
Tucson, AZ 85734


The Mail Handlers Benefit Plan
PO Box 8402
London, KY 40742

The Preferred Plan, Inc.
c/o DCA
PO Box 2090c
Stow, OH 44224


Thomas J. Mottola
630 W. Trail North
Grayslake, IL 60030


Thomas Ward
1500 Elderberry Drive
Libertyville, IL 60048


Tiffany R. Hubka
4010 W. Prestwick Street
McHenry, IL 60050


Tiffany Tavajian
32927 N. John Mogg Road
Wildwood, IL 60030


Time Insurance Company
PO Box 42033
Hazelwood, MO 63042


Tina Sullivan
33052 Sears Blvd
Grayslake, IL 60030


Todays Option
PO Box 742568
Houston, TX 77274


Todd Schaefer
19713 W. Cambrigde Road
Mundelein, IL 60060


Total Broker Benefits PHCS
225 Smith Road
Saint Charles, IL 60174


Travelers Insurance
PO Box 3205
Naperville, IL 60566

Tricare for Life
PO Box 7890
Madison, WI 53707


Trinsic Matrix Telecomm
P.O. Box 660780
Dallas, TX 75266


Troyce L. McClinton
6171 Golfview Drive
Gurnee, IL 60031


Trustmark Insurance Company
PO Box 2942
Clinton, IA 52733


Trustmark Insurance Company
PO Box 7909
Lake Forest, IL 60045


Trustmark Insurance Company
PO Box 7911
Lake Forest, IL 60045


UGS-Globalcare, Inc.
PO Box 247
Alpharetta, GA 30009


Uma Sanzgiri
1323 Deer Run
Gurnee, IL 60031


UMR
PO Box 266
Onalaska, WI 54650


UMR
PO Box 30541
Salt Lake City, UT 84130


Unicare
PO Box 5021
Bolingbrook, IL 60440

Unicare
PO Box 5016
Bolingbrook, IL 60440


Unicare
PO Box 4458
Chicago, IL 60680


Unicare
PO Box 5055
Bolingbrook, IL 60440


Unicare 4450
PO Box 4450
Chicago, IL 60680


United Commercial Travelers
PO Box 159019
Columbus, OH 43215


United Health Care
PO Box 30541
Salt Lake City, UT 84130


United Health Care
Recovery Services
P.O. Box 740804
Atlanta, GA 30374-0804


United Healthcare
PO Box 740819
Atlanta, GA 30374


United Healthcare
PO Box 30551
Salt Lake City, UT 84130


United Healthcare
PO Box 30555
Salt Lake City, UT 84130


United Healthcare
PO Box 30557
Salt Lake City, UT 84130

United Healthcare
PO Box 30985
Salt Lake City, UT 84130


United Healthcare
PO Box 740800
Atlanta, GA 30374


United Healthcare
PO Box 740801
Atlanta, GA 30374


United Healthcare
PO Box 740802
Atlanta, GA 30374


United Healthcare
PO Box 981502
El Paso, TX 79998


United Healthcare
PO Box 981504
El Paso, TX 79998


United Medical Resources-Beech
PO Box 145804
Cincinnati, OH 45250


Unitedhealthcare
PO Box 30551
Salt Lake City, UT 84130


Universal Casualty Company
150 NW Point Blvd, Suite 200
Elk Grove Village, IL 60007


University Of Illinis
Benefits Center Student Insurance
807 S. Wright Street, Ste 480
Champaign, IL 61820


US Dept Labor OSHA
230 S. Dearborn Street
Room 3244, Attn: Robin Labedz
Chicago, IL 60604

US Dept. of Labor-Office
PO Box 8300
District 10 CHI
London, KY 40742


USAA
Attn: Jennifer Murillo
PO Box 659466
San Antonio, TX 78265


USAA
Attn: Scott Smith
PO Box 659463
San Antonio, TX 78265


USAA Life Insurance Company
Attn: Health Claims
9800 Fredericksburg Road
San Antonio, TX 78288


Vapor Bus International
1010 Johnson Drive
Buffalo Grove, IL 60089


Veolia
2230 Ernie Krueger Cir.
Waukegan, IL 60087


Victor L. Magee
120 Cunat Blvd, Apt 2B
Richmond, IL 60071


Vincent M. Gentile
530 Laurie Court
Grayslake, IL 60030


Warren E. Mahoney
18260 Lindenwood
Wildwood, IL 60030


WASAU
1431 Opus Place, Suite 300
Downers Grove, IL 60515

Wausau Benefits
PO Box 8013
Wausau, WI 54402


Wausau Underwriters
PO Box 245037
Milwaukee, WI 53224


WEA Trust
PO Box 7338
Madison, WI 53707


WEA Trust
PO Box 8220
Madison, WI 53708


Wells Fargo TPA
PO Box 3262
Charleston, WV 25332


Wendy Russo
1899 Heron View
Round Lake, IL 60073


Westbend Mutual
1900 S. 18th Avenue
West Bend, WI 53095


Westfield Insurance
2325 Dean Street, Suite 100
Saint Charles, IL 60175


Wilken Benjamin
1018 Evergreen Street
Mundelein, IL 60060


William A. McPhillips
33535 N. Royal Oak Lane #106
Grayslake, IL 60030


William E. Jackel Jr.
115 E. Hawthorne Blvd.
Mundelein, IL 60060

William E. Taylor
37625 Charlotte Drive
Wadsworth, IL 60083


William J. Graham
3237 Whirlway Court
Grayslake, IL 60030


William Sawitz
1013 Kendall Street
Geneva, IL 60134


Wisconsin Physician Service
PO Box 8190
Madison, WI 53708


Youngsook S. Namkoong
327 Winding Trail Circle
Round Lake, IL 60073


Yves Jean M. Petitcolas
33329 Valleyview Drive
Grayslake, IL 60030


Zane R. Williamson
17810 Carriage Crossing Lane
Cypress, TX 77429

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Drexler Family Practice, S.C.**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for ___**Drexler Family Practice, S.C.**___ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__July 10, 2012__

Date

**/s/ Xiaoming Wu ARDC No.**
**Xiaoming Wu ARDC No. 6274335**
Signature of Attorney or Litigant
Counsel for   **Drexler Family Practice, S.C.**
**LEDFORD & WU**
**200 S. Michigan Avenue, Suite 209**
**Chicago, IL 60604-2406**
**(312) 294-4400 Fax:(312) 294-4410**
**notice@ledfordwu.com**